MORTON SKLAR
Executive Director
World Organization for Human Rights USA
1725 K Street NW, Suite 610
Washington, DC 20006
Telephone: (202) 296-5702
Fax:  (202) 296-5704
E-mail: msklar@humanrightsusa.org
DC Bar Number: 144139

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WANG XIAONING, YU LING, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,

Plaintiffs,

v.

YAHOO! INC., a Delaware corporation, YAHOO! HOLDINGS (HONG KONG), LTD., a foreign subsidiary of Yahoo!, ALIBABA.COM, CORP., a Delaware corporation, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,

Defendants.

Case No.: 07 2151

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, MORTON H. SKLAR, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as cocounsel in the above-entitled action. The name, address and telephone number of that attorney is:

Roger R. Myers
Holme Roberts & Owen, LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-2000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 18, 2007

_____
MORTON SKLAR
Executive Director
World Organization for Human Rights USA
1725 K Street NW, Suite 610
Washington, DC 20006
Telephone: (202) 296-5702
Fax: (202) 296-5704
E-mail: msklar@humanrightsusa.org
DC Bar Number: 144139