Xiaoning et al v. Yahoo! Inc, et al

Case 4:07-cv-02151-CW    Document 4    Filed 04/24/2007    Page 1 of 2

Doc. 4

RECEIVED

APR 18 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFO

FILED

APR 24 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**WANG XIAONING, YU LING**, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,

Plaintiffs,

v.

**YAHOO! INC.**, a Delaware corporation, **YAHOO! HOLDINGS (HONG KONG), LTD.**, a foreign subsidiary of Yahoo!, **ALIBABA.COM, CORP.**, a Delaware corporation, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,

Defendants.

CASE NO. 07 2151

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

MORTON H. SKLAR, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is the World Organization for Human Rights USA, 1725 K Street NW, Suite 610, Washington, DC 20006, (202) 296-5702, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Wang Xiaoning, Yu Ling, and additional presently unnamed and to be identified individuals,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the

application will constitute notice to the party. All future filings in this action are subject to

the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:    APR 2 4 2007

_____
United States District Judge