Xiaoning et al v. Yahoo! Inc, et al — Doc. 6 Att. 1

Case 4:07-cv-02151-CW   Document 6-2   Filed 06/18/2007   Page 1 of 2

1  DANIEL PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  O'MELVENY & MYERS LLP
   1999 Avenue Of The Stars
4  Los Angeles, California 90067-6035
   Telephone: (310) 553-6700
5  Facsimile: (310) 246-6779
   Attorneys for Defendant YAHOO!, INC. and
6  Specially Appearing Defendant YAHOO!
   HOLDINGS (HONG KONG), LTD.
7

8
                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**
                           **OAKLAND DIVISION**
10

11  WANG XIAONING, YU LING, SHI TAO,        **Case No. C07-02151 CW**
    and ADDITIONAL PRESENTLY
12  UNNAMED AND TO BE IDENTIFIED            **DECLARATION OF MATTHEW T.**
    INDIVIDUALS,                             **KLINE PURSUANT TO GENERAL**
                                             **ORDER NO. 45, SECTION X**
13                       Plaintiff,

14         v.

15  YAHOO, INC., a Delaware Corporation,
    YAHOO! HOLDINGS (HONG KONG),
16  LTD., a Foreign Subsidiary of Yahoo!,
    ALIBABA.COM, INC. a Delaware
17  Corporation, AND OTHER PRESENTLY
    UNNAMED AND TO BE IDENTIFIED
18  INDIVIDUAL EMPLOYEES OF SAID
    CORPORATIONS,
19                       Defendant.

20

21

22

23

24

25

26

27

28  SF1:677276.1

    C07-02151 CW
    SIGNATURE ATTESTATION

### **DECLARATION OF MATTHEW T. KLINE**

I, MATTHEW T. KLINE, declare:

1. I am an associate with law firm of O'Melveny & Myers, LLP, attorney of record for defendant Yahoo!, Inc. ("Yahoo!") and specially appearing defendant Yahoo! Holdings (Hong Kong), Ltd. I submit this signature attestation declaration pursuant to General Order No. 45 § X. Except where indicated otherwise, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. I hereby attest that the signature of Daniel Petrocelli appearing in the signature blocks of the documents listed below is Daniel Petrocelli's signature and that Daniel Petrocelli has authorized me to file those documents, and that concurrence in the filing of the documents listed below has been obtained from each of the other signatories listed in the signature blocks of those documents, filed concurrently herewith:

    A. JOINT STIPULATED REQUEST FOR ORDER ENLARGING TIME TO RESPOND TO COMPLAINT AND EXTENDING INITIAL DEADLINES AND [PROPOSED] ORDER;

    B. DECLARATION OF DANIEL PETROCELLI.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on this 18th day of June 2007.

                                                    /s/ Matthew T. Kline
                                                   Matthew T. Kline