Xiaoning et al v. Yahoo! Inc, et al                                                                Doc. 7

Case 4:07-cv-02151-CW    Document 7    Filed 06/19/2007    Page 1 of 2

1  DANIEL PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  O'MELVENY & MYERS LLP
   1999 Avenue Of The Stars
3  Los Angeles, California 90067-6035
   Telephone: (310) 553-6700
4  Facsimile: (310) 246-6779

5  Attorneys for Defendant YAHOO!, INC. and
   Specially Appearing Defendant YAHOO!
6  HOLDINGS (HONG KONG), LTD.

7  JOSEPH P. CYR (*pro hac vice* application forthcoming)
   joe.cyr@lovells.com
8  LOVELLS LLP
   590 Madison Ave.
9  New York, New York 10022
   Telephone: (212) 909-0600
10 Facsimile: (212 ) 909-0660

11 Attorneys for Defendant ALIBABA.COM, INC.

12

13                  **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
14                          **OAKLAND DIVISION**

15 WANG XIAONING, YU LING, SHI TAO,          Case No. C07-02151 CW
   and ADDITIONAL PRESENTLY
16 UNNAMED AND TO BE IDENTIFIED             **DEFENDANT YAHOO!, INC.,**
   INDIVIDUALS,                            **SPECIALLY APPEARING DEFENDANT**
17                                          **YAHOO! HOLDINGS (HONG KONG),**
                Plaintiff,                  **LTD., AND ALIBABA.COM, INC.'S**
18                                          **CERTIFICATION OF INTERESTED**
        v.                                  **ENTITIES OR PERSONS**
19
   YAHOO, INC., a Delaware Corporation,
20 YAHOO! HOLDINGS (HONG KONG),
   LTD., a Foreign Subsidiary of Yahoo!,
21 ALIBABA.COM, INC. a Delaware
   Corporation, AND OTHER PRESENTLY
22 UNNAMED AND TO BE IDENTIFIED
   INDIVIDUAL EMPLOYEES OF SAID
23 CORPORATIONS,

24                Defendant.

25          Pursuant to Civil Local Rule 3-16, the undersigned certify that, in addition to the entities

26 disclosed in the Amended Complaint in this action filed on May 29, 2007, the following listed

27 persons, associations of persons, firms, partnerships, corporations (including parent corporations)

28 or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

C07-02151 CW
DEFS.' CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Yahoo! Hong Kong Limited, which changed its name from Yahoo! Holdings (Hong Kong) Ltd. in 2006.

    2.    Yahoo! International Subsidiary Holdings, Inc.

    3.    Alibaba.com Corporation.

    4.    Alibaba.com Limited.

    5.    Alibaba.com Investment Holding Limited.

Dated: June 19, 2007        DANIEL PETROCELLI, ESQ.
                            O'MELVENY & MYERS LLP

By:_____
                            Daniel Petrocelli, Esq.
Attorney for Defendant YAHOO!, INC. and Specially Appearing Defendant YAHOO! HOLDINGS (HONG KONG), LTD.

Dated: June 19, 2007        JOSEPH P. CYR, ESQ.
                            LOVELLS LLP

By:_____/S/ (with permission)_____
                            Joseph P. Cyr, Esq.
Attorneys for Defendant ALIBABA.COM, INC.