Xiaoning et al v. Yahoo! Inc, et al — Doc. 7 Att. 1

Case 4:07-cv-02151-CW   Document 7-2   Filed 06/19/2007   Page 1 of 2

1  
2  DANIEL PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
3  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
   O'MELVENY & MYERS LLP
4  1999 Avenue Of The Stars
   Los Angeles, California 90067-6035
5  Telephone: (310) 553-6700
   Facsimile: (310) 246-6779
6  Attorneys for Defendant YAHOO!, INC. and
   Specially Appearing Defendant YAHOO!
7  HOLDINGS (HONG KONG), LTD.
8  

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>Plaintiff,<br><br>v.<br><br>YAHOO, INC., a Delaware Corporation, YAHOO! HOLDINGS (HONG KONG), LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM, INC. a Delaware Corporation, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>Defendant. | **Case No. C07-02151 CW**<br><br>**DECLARATION OF MATTHEW T. KLINE PURSUANT TO GENERAL ORDER NO. 45, SECTION X** |

C07-02151 CW
SIGNATURE ATTESTATION

**DECLARATION OF MATTHEW T. KLINE**

I, MATTHEW T. KLINE, declare:

1. I am an associate with law firm of O'Melveny & Myers, LLP, attorney of record for defendant Yahoo!, Inc. ("Yahoo!") and specially appearing defendant Yahoo! Holdings (Hong Kong), Ltd. I submit this signature attestation declaration pursuant to General Order No. 45 § X. Except where indicated otherwise, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. I hereby attest that the signature of Daniel Petrocelli appearing in the signature blocks of the documents listed below is Daniel Petrocelli's signature and that Daniel Petrocelli has authorized me to file those documents, and that concurrence in the filing of the documents listed below has been obtained from each of the other signatories listed in the signature blocks of those documents, filed concurrently herewith:

    A. DEFENDANT YAHOO!, INC., SPECIALLY APPEARING DEFENDANT YAHOO! HOLDINGS (HONG KONG), LTD., AND ALIBABA.COM, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on this 19th day of June 2007.

                                               /s/ Matthew T. Kline
                                                Matthew T. Kline

C07-02151 CW
SIGNATURE ATTESTATION