Xiaoning et al v. Yahoo! Inc, et al     Doc. 8

Case 4:07-cv-02151-CW    Document 8    Filed 06/19/2007    Page 1 of 4

MORTON H. SKLAR (admitted *pro hac vice*)
msklar@humanrightsusa.org
WORLD ORGANIZATION FOR HUMAN
RIGHTS USA
1725 K Street NW, Suite 610
Washington, DC 20006
Telephone: (202) 296-5702
Facsimile: (202) 296-5704
[Local Counsel, Roger R. Myers of Holme Roberts
& Owen LLP, Listed on the Signature Page]
Attorney for Plaintiffs

DANIEL PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue Of The Stars
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
Attorneys for Defendant YAHOO!, INC. and
Specially Appearing Defendant YAHOO!
HOLDINGS (HONG KONG), LTD.

JOSEPH P. CYR (*pro hac vice* application forthcoming)
joe.cyr@lovells.com
LOVELLS LLP
590 Madison Ave.
New York, New York 10022
Telephone: (212) 909-0600
Facsimile: (212 ) 909-0660
Attorneys for Defendant ALIBABA.COM, INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>                Plaintiff,<br><br>    v.<br><br>YAHOO, INC., a Delaware Corporation, YAHOO! HOLDINGS (HONG KONG), LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM, INC. a Delaware Corporation, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>                Defendant. | **Case No. C07-02151 CW**<br><br>**JOINT STIPULATED REQUEST FOR ORDER ENLARGING TIME TO RESPOND TO COMPLAINT AND EXTENDING INITIAL DEADLINES; ORDER; DECLARATION OF DANIEL PETROCELLI** |

## RECITALS

WHEREAS, defendant Yahoo!, Inc. ("Yahoo!") was served with the summons and Amended Complaint for Tort Damages in this case on May 30, 2007 ("Amended Complaint"), and its response is due June 19, 2007;

WHEREAS, defendant Alibaba.com, Inc. was served with the summons and Amended Complaint in this case on May 31, 2007, and its response is due June 20, 2007;

WHEREAS, there is a dispute whether specially appearing defendant Yahoo! Holdings (Hong Kong) Ltd.—which changed its name, in 2006, to Yahoo! Hong Kong Limited ("YHKL")—was served with the summons and Amended Complaint in this case and whether it is required to file any response;

WHEREAS, Daniel Petrocelli, lead trial counsel for Yahoo! has a long-standing family vacation to travel out of the country, which is scheduled to begin July 1 and end July 22;

WHEREAS, no previous extensions of time have been sought in this case;

## STIPULATION

WHEREAS, NOW THEREFORE, the parties hereby stipulate and jointly request that:

(1) YHKL be permitted to agree to waive service in this case pursuant to Federal Rule of Civil Procedure 4(d), without any prejudice to its ability to move to dismiss this case for lack of personal jurisdiction;

(2) the date for defendants to respond to the Amended Complaint be enlarged—pursuant to Federal Rule of Civil Procedure 6 and Civil Local Rule 6-2—from the respective dates mentioned above to July 27, 2007 for all defendants;

    (a) plaintiffs' reply to the defendants' response to the Amended Complaint and to any Motions therein be due August 27, 2007;

    (b) any reply briefs filed by defendants in support of their motions be due September 14, 2007;

(3) the deadlines set forth in the Court's April 18, 2007 Order Setting Initial Case Management Conference And ADR Deadlines be extended as follows:

    (a) the last day to meet and discuss initial disclosures, early settlement, ADR, and

discovery matters be extended from July 17, 2007 to August 17, 2007;

(b) the last day to file a Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) report, and file a Case Management Statement or other Civil Local Rule 16-9(a) Joint or Separate Case Management Statements be extended from July 31, 2007 until September 7, 2007;

(c) the Initial Case Management Conference with the Court be moved from August 7, 2007 to September 18, 2007;

(3) the parties be allowed to reserve their right to seek further enlargement of time and propose a modified case management plan consistent with the Standing Order for All Judges of the Northern District of California, Contents of Joint Case Management Statement (effective Mar. 1, 2007); and

(4) plaintiffs be allowed to reserve their right to further amend the Amended Complaint.

Dated: June 18, 2007

MORTON H. SKLAR
WORLD ORGANIZATION FOR HUMAN RIGHTS USA

By:_____/S/   (with permission)_____
    Morton H. Sklar, Esq.
Attorney for Plaintiffs

Local Counsel for Plaintiffs
ROGER R. MYERS (S.B.# 146164)
roger.myers@hro.com
HOLME ROBERTS & OWEN LLP
560 Mission St., 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Dated: June 18, 2007

DANIEL PETROCELLI, ESQ.
O'MELVENY & MYERS LLP

By:_____
    Daniel Petrocelli, Esq.
Attorney for Defendant YAHOO!, INC. and
Specially Appearing Defendant YAHOO!
HOLDINGS (HONG KONG), LTD.

Dated: June 18, 2007

        JOSEPH P. CYR, ESQ.
        LOVELLS LLP

By: _____/S/ (with permission)_____
     Joseph P. Cyr, Esq.
     Attorneys for Defendant ALIBABA.COM, INC.

## ORDER

PURSUANT TO STIPULATION, it is so ORDERED.

SIGNED on the __19th__ day of __June__, 2007.

_____
The Honorable Claudia Wilken
Judge, United States District Court
for the Northern District of California