Xiaoning et al v. Yahoo! Inc, et al — Doc. 9

Case 4:07-cv-02151-CW    Document 9    Filed 06/21/2007    Page 1 of 4

1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  O'MELVENY & MYERS LLP
   1999 Avenue Of The Stars
4  Los Angeles, California 90067-6035
   Main Number: (310) 553-6700
5  Facsimile: (310) 246-6779

6  Attorneys for Defendant YAHOO!, INC. and
   Specially Appearing Defendant YAHOO!
7  HOLDINGS (HONG KONG), LTD.

8
                UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
                     OAKLAND DIVISION
10

11 WANG XIAONING, YU LING, SHI TAO,          | Case No. C07-02151 CW
   and ADDITIONAL PRESENTLY
   UNNAMED AND TO BE IDENTIFIED              | DEFENDANT YAHOO!, INC.'S MOTION
12 INDIVIDUALS,                              | TO SHORTEN TIME ON ITS MOTION
                                             | FOR AN EARLY CASE MANAGEMENT
13           Plaintiff,                      | CONFERENCE AND ORDER;
                                             | PROPOSED ORDER
14    v.
                                             | Judge:  Hon. Claudia Wilken
15 YAHOO!, INC., a Delaware Corporation,
   YAHOO! HOLDINGS (HONG KONG),
16 LTD., a Foreign Subsidiary of Yahoo!,
   ALIBABA.COM, INC. a Delaware
17 Corporation, AND OTHER PRESENTLY
   UNNAMED AND TO BE IDENTIFIED
18 INDIVIDUAL EMPLOYEES OF SAID
   CORPORATIONS,
19
             Defendant.
20

21

22

23

24

25

26

27

28
   C07-02151 CW
   YAHOO!'S MOT. TO SHORTEN TIME ON
   ITS MOT. FOR AN EARLY CMO

Pursuant to Civil Local Rules 6-1, 6-3, 7-1, and 7-11, 16-2(d) defendant Yahoo!, Inc. ("Yahoo!) moves for an order shortening the time on which its concurrently filed Motion For An Early Case Management Conference And Order ("CMO Motion") will be heard from July 26, 2007, at 2 p.m., to July 2, 2007, at a time to be set by the Court.

The reasons for these two requests are as follows:

- *First*, this complex case could greatly benefit from a case management order, for the reasons set forth in Yahoo!'s CMO Motion. At least one defendant appears improperly named; another is not subject to personal jurisdiction. These and other threshold issues should be addressed in a "Phase I" of this case, while the Court seeks the input of the political branches on policy questions that might affect the legal issues to be briefed in Phase II, such as whether plaintiffs have stated cognizable claims under the Alien Tort Statute and whether this case is justiciable.

- *Second*, a ruling made by the Court on July 2 could avoid substantial unnecessary work in preparing responsive motions during the month of July and allow the parties to take full advantage of the efficiencies to be realized by the proposed schedule. If the proposed schedule is adopted on July 2, defendants can devote the month of July to briefing the Phase I issues identified in the CMO Motion, and save work on the Phase II issues for subsequent months. If the proposed schedule is rejected, defense counsel will need to spend substantial time preparing argument on these potentially moot Phase II issues in order to brief them by July 27, 2007, the current due date for all responsive pleadings and motions.

- *Third*, if Yahoo!'s CMO Motion is heard on the normal time schedule, the motion will be heard July 26, 2007—just one day before defendants' responsive pleadings are due.

- *Fourth*, Yahoo! has tried to propose a shortened time schedule that affords plaintiffs time to respond in writing to Yahoo!'s CMO motion, while also allowing Yahoo!'s lead counsel, Daniel Petrocelli, to attend and participate. July 2, 2007 is the last day Daniel Petrocelli is available before he leaves the country for a long-planned, three-week family vacation.

C07-02151 CW
YAHOO!'S MOT. TO SHORTEN TIME ON
ITS MOT. FOR AN EARLY CMO

1 | Alibaba.com, Inc. joins this motion. Plaintiffs oppose the relief sought for the reasons stated in Daniel Petrocelli's declaration accompanying this motion.

Yahoo! makes this motion without prejudice to its CMO Motion, which absent granting this request for shortened time is noticed to be heard July 26, 2007.

Dated: June 21, 2007

DANIEL M. PETROCELLI
MATTHEW T. KLINE
O'MELVENY & MYERS LLP

By: _____
Daniel M. Petrocelli
Attorneys for Defendant
YAHOO!, INC.

C07-02151 CW
YAHOO!'S MOT. TO SHORTEN TIME ON          - 2 -
ITS MOT. FOR AN EARLY CMO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>Plaintiff,<br><br>v.<br><br>YAHOO!, INC., a Delaware Corporation, YAHOO! HOLDINGS (HONG KONG), LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM, INC. a Delaware Corporation, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>Defendant. | Case No. C07-02151 CW<br><br>[PROPOSED] ORDER REGARDING DEFENDANT YAHOO!, INC.'S MOTION TO SHORTEN TIME ON ITS MOTION FOR AN EARLY CASE MANAGEMENT CONFERENCE AND ORDER<br><br>Judge: Hon. Claudia Wilken |

Having considered Defendant Yahoo!, Inc.'s Motion To Shorten Time On Its Motion For An Early Case Management Conference And Order, the declaration of Daniel M. Petrocelli filed in support thereof, the papers filed in response thereto, all other argument, and the entire record in this case, it is hereby ORDERED that Yahoo!'s Motion to Shorten Time is:

GRANTED _____, and the hearing on Defendant Yahoo!, Inc.'s Motion For An Early Case Management Conference and Order will be held, Monday, July 2, 2007, at ____.

DENIED _____.

SIGNED on the _____ day of _____, 2007.

_____
The Honorable Claudia Wilken
Judge, United States District Court
for the Northern District of California

CC1:765630

C07-02151 CW
[PROPOSED] ORDER RE: YAHOO!'S MOT.
TO SHORTEN TIME