Xiaoning et al v. Yahoo! Inc, et al | Doc. 10

Case 4:07-cv-02151-CW   Document 10   Filed 06/21/2007   Page 1 of 3

1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  O'MELVENY & MYERS LLP
   1999 Avenue Of The Stars
4  Los Angeles, California 90067-6035
   Main Number: (310) 553-6700
5  Facsimile: (310) 246-6779

6  Attorneys for Defendant YAHOO!, INC. and
   Specially Appearing Defendant YAHOO!
7  HOLDINGS (HONG KONG), LTD.

8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                           OAKLAND DIVISION
10

11  WANG XIAONING, YU LING, SHI TAO,         Case No. C07-02151 CW
    and ADDITIONAL PRESENTLY
12  UNNAMED AND TO BE IDENTIFIED             DECLARATION OF DANIEL M.
    INDIVIDUALS,                             PETROCELLI IN SUPPORT OF
13                                           DEFENDANT YAHOO!, INC.'S MOTION
              Plaintiff,                     TO SHORTEN TIME ON ITS MOTION
14                                           FOR AN EARLY CASE MANAGEMENT
         v.                                  CONFERENCE AND ORDER
15
    YAHOO!, INC., a Delaware Corporation,    Judge:  Hon. Claudia Wilken
16  YAHOO! HOLDINGS (HONG KONG),
    LTD., a Foreign Subsidiary of Yahoo!,
17  ALIBABA.COM, INC. a Delaware
    Corporation, AND OTHER PRESENTLY
18  UNNAMED AND TO BE IDENTIFIED
    INDIVIDUAL EMPLOYEES OF SAID
19  CORPORATIONS,

20            Defendant.

21       I, DANIEL M. PETROCELLI, declare:

22       1.   I am a partner in the law firm of O'Melveny & Myers, LLP, attorney of record for

23  defendant Yahoo!, Inc. ("Yahoo!") and specially appearing for defendant Yahoo! Holdings (Hong

24  Kong), Ltd. I am lead counsel for Yahoo! in this case. I submit this declaration, pursuant to Civil

25  Local Rule 7-11, in support of Defendant Yahoo!, Inc.'s Motion To Shorten Time On Its Motion

26  For An Early Case Management Conference And Order. Except where indicated otherwise, I

27  have personal knowledge of the facts stated herein and, if called as a witness, I could and would

28  testify competently thereto.

C07-02151 CW
DECL. OF DANIEL M. PETROCELLI ISO
YAHOO!'S MOT. TO SHORTEN TIME

Dockets.Justia.com

2.   Pursuant to this Court's June 19, 2007, order, defendants' response to plaintiffs' amended complaint is due July 27, 2007. The Court set this due date pursuant to a stipulation agreed upon by the parties. In the declaration accompanying that stipulation, I stated that Yahoo! would be advancing a "proposal to have an early case management conference in this case and to request a schedule to address sequentially certain threshold matters, such as the question whether YHKL is subject to jurisdiction in this case."

3.   In a motion filed today—Defendant Yahoo!, Inc.'s Motion For An Early Case Management Conference And Order ("CMO Motion")—Yahoo! seeks such a case management conference and schedule.

4.   We have requested that a hearing on our CMO Motion be held July 2, 2007—*i.e.*, on shortened time.

5.   Pursuant to Civil Local Rule 7-11(a), my associate, Matthew Kline, asked plaintiffs' counsel, Morton Sklar, whether they opposed our requests to shorten time on our CMO Motion. Mr. Sklar responded:

> "Plaintiffs have indicated that they object to both the Defendants' Motion seeking a special case management conference, and to the Defendants' request for an early (July 2) date for a hearing on that Motion, on the grounds that, first, these requests are at variance with the new timetable ordered by the Court, and more specifically with the justification given by the Defendants for requesting changes in that timetable, and second, because it is premature to raise the matters the Defendants seek to address before the Court before the regular ADR and case management process takes place."

6.   July 2 is the last day that I am available before leaving on a family vacation abroad. The vacation, planned long ago and including many extended family members, ends on July 22. Monday, July 23, is my first day back to work. I advised Mr. Sklar about my vacation plans when I proposed to him this case management approach, when he and I first spoke earlier this month. After Mr. Sklar said he would not support such an approach, I requested an initial extension of time, which was granted after some negotiation. I made clear to Mr. Sklar, as set forth in our joint stipulation to the Court, that Yahoo! still intended to promptly present a motion

C07-02151 CW
DECL. OF DANIEL M. PETROCELLI ISO         - 2 -
YAHOO!'S MOT. TO SHORTEN TIME

1  to the Court regarding our proposed case management approach.

2      I declare under penalty of perjury under the laws of the United States that the foregoing is

3  true and correct. Executed in Los Angeles, California on this 21st day of June 2007.

_____<br>Daniel M. Petrocelli

CC1:765637

C07-02151 CW
DECL. OF DANIEL M. PETROCELLI ISO                - 3 -
YAHOO!'S MOT. TO SHORTEN TIME