Xiaoning et al v. Yahoo! Inc, et al                                                                 Doc. 12

Case 4:07-cv-02151-CW   Document 12   Filed 06/21/2007   Page 1 of 2

1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  O'MELVENY & MYERS LLP
   1999 Avenue Of The Stars
4  Los Angeles, California 90067-6035
   Main Number: (310) 553-6700
5  Facsimile: (310) 246-6779

6  Attorneys for Defendant YAHOO!, INC. and
   Specially Appearing Defendant YAHOO!
7  HOLDINGS (HONG KONG), LTD.

8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                           OAKLAND DIVISION
10

11  WANG XIAONING, YU LING, SHI TAO,         Case No. C07-02151 CW
    and ADDITIONAL PRESENTLY
12  UNNAMED AND TO BE IDENTIFIED             DECLARATION OF MATTHEW T.
    INDIVIDUALS,                             KLINE IN SUPPORT OF DEFENDANT
13                                           YAHOO!, INC.'S MOTION FOR AN
                    Plaintiff,               EARLY CASE MANAGEMENT
14                                           CONFERENCE AND ORDER
         v.
15                                           Date:     July 2 or 26, 2007*
    YAHOO!, INC., a Delaware Corporation,    Time:     TBD
16  YAHOO! HOLDINGS (HONG KONG),             Location: Courtroom 2
    LTD., a Foreign Subsidiary of Yahoo!,
17  ALIBABA.COM, INC. a Delaware             Judge:    Hon. Claudia Wilken
    Corporation, AND OTHER PRESENTLY
18  UNNAMED AND TO BE IDENTIFIED
    INDIVIDUAL EMPLOYEES OF SAID
19  CORPORATIONS,

20                  Defendant.

21
22
23
24
25
26
27
28
   ─────────────────────
   C07-02151 CW
   DECLARATION OF MATTHEW T. KLINE

Dockets.Justia.com

I, Matthew T. Kline, declare:

1. I am counsel with the law firm of O'Melveny & Myers, LLP, attorneys of record for defendant in this action, Yahoo!, Inc. ("Yahoo!"). I submit this declaration in support of Defendant Yahoo!, Inc.'s Motion For An Early Case Management Conference and Order. Except where indicated otherwise, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. A true and correct copy of the Brief of the United States as Amicus Curae, *The Presbyterian Church of Sudan v. Talisman*, United States Court of Appeal for the Second Circuit, Case No. 07-0016 (filed May 15, 2007), is attached as Exhibit A.

3. A true and correct copy of the Statement of Interest of the United States, *Doe v. Qi*, N.D. Cal. Case No. C02 0672 (filed Jan. 16, 2004), is attached as Exhibit B.

4. A true and correct copy of the Office of the Privacy Commissioner for Personal Data, Hong Kong, *Report Published under Section 48(2) of the Personal Data (Privacy) Ordinance (Cap. 486), Report No.: R07-3619* (issued Mar. 14, 2007), is attached as Exhibit C.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on this 21st day of June 2007.

_____
Matthew T. Kline

C07-02151 CW
DECLARATION OF MATTHEW T. KLINE      - 1 -