| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| ROGER MYERS, ESQ.<br>HOLME ROBERTS & OWEN<br>560 Mission Street, 25th Floor<br>San Francisco, California 94105 | (415) 268-2000 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2478029 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
WANG XIAONING, et al.

Defendant:
YAHOO!, etc., et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>07-2151 CW |
|---|---|---|---|---|

I, Daniel Newcomb, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; AMENDED COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISES JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; [proposed] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Defendant | : YAHOO! INC. |
| By Serving | : SCOTT LASCALA, Authorized Agent of Corporation Trust Center, Agent for Service of Process |
| Address | : 1209 Orange Street, Wilmington, Delaware 19801 |
| Date & Time | : Wednesday, May 30, 2007 @ 1:45 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
Daniel Newcomb
Wheels of Justice, Inc.
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 30, 2007

Signature: _____
Daniel Newcomb

Printed on recycled paper

Dockets.Justia.com

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANG XIAONING, YU LING, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS<br><br>V.<br><br>YAHOO! INC., YAHOO! HOLDINGS (HONG KONG), LTD., ALIBABA.COM, INC., et al. | SUMMONS IN A CIVIL CASE<br>CASE NUMBER:<br><br>C 07  2151 |



E-Filing

TO: (Name and address of defendant)

Yahoo! Inc.
% The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MORTON SKLAR
Executive Director
World Organization for Human Rights USA
1725 K Street NW, Suite 610
Washington, DC 20006

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  APR 1 8 2007

**ANNA SPRINKLES**

_____
(BY) DEPUTY CLERK