Xiaoning et al v. Yahoo! Inc, et al

Case 4:07-cv-02151-CW    Document 21    Filed 06/22/2007    Page 1 of 1

Doc. 21

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WANG XIAONING                                    NO. CV 07-02151 CW

        Plaintiff,                              **CLERK'S NOTICE RE
DEFICIENCY**

  v.

YAHOO!INC

        Defendant.
_____/

Please be advised that on **6/21/07**, **document #11, case management statement,** the incorrect

docket event was used by counsel.

The correct event code is: MOTION. Re-posting is required to correct this CM/ECF entry. This

correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator

Thank you for your cooperation in this matter.

Date: 6/22/07

                            _____
                            Clara Pierce
                            510-637-3530
                            Case Systems Administrator