| | |
|---|---|
| 1 | Morton H. Sklar, Executive Director |
| | msklar@humanrightsusa.org |
| 2 | World Organization for Human Rights USA |
| 3 | 2029 P Street NW, Suite 301 |
| | Washington, DC  20036 |
| 4 | Telephone:   (202) 296-5702 |
| | Facsimile:    (202) 296-5704 |
| 5 | [Admitted *Pro Hac Vice*] |
| 6 | |
| | Roger Myers (CA State Bar No. 146164) |
| 7 | roger.myers@hro.com |
| | HOLME ROBERTS & OWEN LLP |
| 8 | 560 Mission Street, 25th Floor |
| 9 | San Francisco, CA  94105-2994 |
| | Telephone:   (415) 268-2000 |
| 10 | Facsimile:    (415) 268-1999 |
| 11 | |
| | [Additional Attorneys Appear on Signature Page] |
| 12 | |
| | Attorneys for Plaintiffs |
| 13 | WANG XIAONING, YU LING, SHI TAO |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS, | | CASE NO. C07-02151 CW |
| | Plaintiffs, | |
| v. | | **NOTICE OF CHANGE OF ADDRESS** |
| YAHOO! INC., a Delaware Corporation, YAHOO! HOLDINGS (HONG KONG), LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM, INC., a Delaware Corporation, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS, | | |
| | Defendants. | |

Notice of Change of Address                                                                                    Case No. C 07-02151 CW
#30216 v1

# NOTICE OF CHANGE OF ADDRESS

Please be advised that the office of Attorney for Plaintiffs Morton H. Sklar and the World Organization for Human Rights USA has changed.  The new address is:

World Organization for Human Rights USA
2029 P Street NW, Suite 301
Washington, DC 20036

The telephone and fax numbers, and e-mail addresses, remain the same.

Respectfully submitted this 22nd day of June, 2007,

WORLD ORGANIZATION FOR HUMAN RIGHTS USA
MORTON SKLAR
THERESA HARRIS

By: \_\_/s/_____
          Morton Sklar

HOLME ROBERTS & OWEN LLP
ROGER MYERS

By: \_\_/s/_____
          Roger Myers

Attorneys for Plaintiffs
WANG XIAONING, YU LING and SHI TAO

# CERTIFICATE OF SERVICE

This is to certify, under penalty of perjury, that a true and correct copy of this Notice of Change of Address to the Court in the above-captioned case was served through U.S. Postal Service mail, and through electronic filing with the Court's electronic PACER system, on the opposing counsel of record as indicated below:

| | |
|---|---|
| DANIEL M. PETROCELLI<br>S.B. Number 97802<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars<br>Los Angeles, California 90067-6035<br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779<br>Dpetrocelli@omm.com<br>Attorney for Defendant YAHOO!, INC. and Specially Appearing Defendant YAHOO! HOLDINGS (HONG KONG), LTD. | JOSEPH P. CYR (*pro hac vice* application pending)<br>LOVELLS LLP<br>590 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 909-0600<br>Facsimile: (212) 909-0660<br>Joe.cyr@lovells.com<br>Attorney for Defendant ALIBABA.COM, INC. |

MATTHEW T. KLINE
S.B. Number 211640
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
Mkline@omm.com
Attorney for Defendant YAHOO!, INC. and Specially Appearing Defendant YAHOO! HOLDINGS (HONG KONG), LTD.

Signed and certified to this 22nd day of June, 2007, in Washington, D.C. by:

By: __/s/_____

MORTON SKLAR
WORLD ORGANIZATION FOR
HUMAN RIGHTS USA

1

Certificate of Service                                                                                           Case No. C07-02151 CW
#30216 v1