Xiaoning et al v. Yahoo! Inc, et al     Doc. 25

Case 4:07-cv-02151-CW    Document 25    Filed 06/25/2007    Page 1 of 3

Morton, H. Sklar, Executive Director
msklar@humanrightsusa.org
World Organization for Human Rights USA
2029 P Street NW, Suite 301
Washington, DC 20036
Telephone: (202) 296-5702
Facsimile: (202) 296-5704
[Admitted *Pro Hac Vice*]

Roger Myers (CA State Bar No. 146164)
roger.myers@hro.com
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Attorneys for Plaintiffs
WANG XIAONING, YU LING, SHI TAO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>    Plaintiffs,<br>v.<br>YAHOO, INC., a Delaware Corporation, YAHOO! HOLDINGS (HONG KONG), LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM, INC. a Delaware Corporation, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>    Defendants. | **Case No. C07-02151 CW**<br><br>**TORT DAMAGES CLAIM**<br><br>**DECLARATION OF MORTON SKLAR IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT YAHOO!, INC.'S MOTION TO SHORTEN TIME ON ITS MOTION FOR AN EARLY CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Judge: Hon. Claudia Wilken |

I, MORTON SKLAR, declare:

1. I am the Executive Director of the World Organization for Human Rights USA, attorney of record and lead counsel for the Plaintiffs in the above-captioned case, and a former

Decl. of Morton Sklar ISO Plaintiffs'
Opposition to Defendant's Motion to Shorten Time          Case No. C07-02151 CW

Judge (for nine years) with one of the two international courts operated by the Organization of American States. This declaration is being submitted pursuant to Civil Local Rule 6-3 in support of Plaintiffs' Opposition To Defendants' Motion To Shorten Time On Its Motion For An Early Case Management Conference. Except where otherwise indicated, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. In a reply filed today titled Plaintiffs' Opposition To Defendants' Motion To Shorten Time On Its Motion For An Early Case Management Conference, Plaintiffs are requesting the Court to dismiss Defendant Yahoo!'s Motion to Shorten Time, and to adhere to the newly revised schedule for ADR and case management activities with the Initial Case Management Conference scheduled for September 18, 2007.

3. Approximately two weeks ago Defendants' Counsel Dan Petrocelli and Joseph Cyr sought my approval for a Joint Stipulation to alter the original ADR and Case Management Schedule ordered by the Court on the grounds that Mr. Petrocelli would be away on vacation during the first three weeks of June, and that Mr. Cyr also needed to travel to Hong Kong to obtain information on the case, making compliance with the original Case Management schedule difficult for them, especially since Mr. Petrocelli's vacation plans could not be changed. I initially expressed great reluctance to enter into a Joint Stipulation that would result in significant delays in the case management process, and suggested that Defendants make this request separately from the Plaintiffs. They asked me to reconsider this position as a matter of professional courtesy, and I acceded to their request on that basis, finally agreeing to seek the scheduling changes that they sought through a joint stipulation. I would not agree, however, to their request, delivered at the same time that they made their case management scheduling revision proposal, to seek an early meeting with the Court to discuss a variety of preliminary substantive matters. My view was then, and remains so now, that these matters, including the

first meeting with the Court, should properly be handled initially through the regular case management process, and pursuant to the schedule for these matters set by the Court, as newly revised pursuant to the Joint Stipulation that was approved by the Court on June 19.

4. It therefore came as something of a surprise to me, after this negotiation had taken place, and a final agreement had been reached on a revised case management schedule, that the Defendants would seek a second revision in that schedule by requesting an earlier case management conference with the Court, with a requested July 2 hearing on that Motion. What was especially difficult to understand, and especially troubling given the assurances that I had been given about the Defendants' counsels' travel plans during July making necessary the proposed delays in the case management schedule, was that the Defendants counsel acknowledged to me in an email communication that what were described as "slight alterations" in Mr. Petrocelli's travel plans would now be made to accommodate the proposed July 2 Motions Hearing date. This was not consistent with the assurances given to me earlier that were used to justify the delays in the case management schedule that I reluctantly agreed to in order to accommodate Defendant counsel's vacation plans.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Washington, D.C. on this 25th day of June 2007.

*/s/ Morton Sklar*
Morton Sklar