**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO, INC., a Delaware Corporation, YAHOO! HOLDINGS (HONG KONG), LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM, INC. a Delaware Corporation, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>Defendants. | Case No. C07-02151 CW<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT YAHOO!, INC.'S MOTION TO SHORTEN TIME ON ITS MOTION FOR AN EARLY CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Claudia Wilken |

Having considered Defendant Yahoo!, Inc.'s Motion to Shorten Time On Its Motion For An Early Case Management Conference And Order, the declaration of Daniel M. Petrocelli filed in support thereof, the papers filed in response thereto, as well as all other arguments and the entire record in this case, it is hereby ORDERED that Defendant's Motion to Shorten Time is DENIED.

SIGNED on the _____ day of _____, 2007.

By: _____
The Honorable Claudia Wilken
Judge, United States District Court
for the Northern District of California

[PROPOSED] ORDER RE: DEFENDANT'S MOTION TO SHORTEN TIME          Case No. C07-02151 CW