Xiaoning et al v. Yahoo! Inc, et al | Doc. 27

Case 4:07-cv-02151-CW   Document 27   Filed 06/25/2007   Page 1 of 2

1  Morton, H. Sklar, Executive Director
   msklar@humanrightsusa.org
2  World Organization for Human Rights USA
   2029 P Street NW, Suite 301
3  Washington, DC 20036
   Telephone: (202) 296-5702
4  Facsimile:  (202) 296-5704
   [Admitted *Pro Hac Vice*]
5
   Roger Myers (CA State Bar No. 146164)
6  roger.myers@hro.com
   HOLME ROBERTS & OWEN LLP
7  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
8  Telephone:   (415) 268-2000
   Facsimile:   (415) 268-1999
9
   [Additional Attorneys Appear on Signature Page]
10
   Attorneys for Plaintiffs
11 WANG XIAONING, YU LING, SHI TAO

12
                    **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**
                          **OAKLAND DIVISION**
14

15 | WANG XIAONING, YU LING, SHI TAO, | Case No. C07-02151 CW |
   | and ADDITIONAL PRESENTLY | |
   | UNNAMED AND TO BE IDENTIFIED | |
16 | INDIVIDUALS, | |
   | Plaintiffs, | |
17 | v. | **TORT DAMAGES CLAIM** |
18 | YAHOO, INC., a Delaware Corporation, | |
   | YAHOO! HOLDINGS (HONG KONG), | |
19 | LTD., a Foreign Subsidiary of Yahoo!, | **CERTIFICATE OF SERVICE** |
   | ALIBABA.COM, INC. a Delaware | |
20 | Corporation, AND OTHER PRESENTLY | |
   | UNNAMED AND TO BE IDENTIFIED | |
21 | INDIVIDUAL EMPLOYEES OF SAID | |
   | CORPORATIONS, | |
22 | Defendants. | |

23
24
25
26
27
28

Certificate of Service                           Case No. C07-02151 CW

# CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that service of the foregoing documents entitled Plaintiffs' Opposition to Defendant Yahoo!, Inc.'s Motion To Shorten Time On Its Motion For An Early Case Management Conference; Declaration of Morton Sklar in Support thereof and Proposed Order have been made on the parties listed below through the Court's electronic filing system, and by depositing a copy thereof in the United States first class mail, postage prepaid, addressed to:

Daniel M. Petrocelli
Matthew T. Kline
O'Melveny & Myers LLP
1999 Avenue Of The Stars
Los Angeles, California 90067-6035

Joseph Cyr
Lovells LLP
590 Madison Avenue
New York, NY 10022

By: */s/ Morton Sklar*
    Morton Sklar
    Executive Director
    World Organization for Human Rights USA
    2029 P Street NW, Suite 301
    Washington, DC 20036