Xiaoning et al v. Yahoo! Inc, et al                                                                                           Doc. 29

Case 4:07-cv-02151-CW    Document 29    Filed 06/29/2007    Page 1 of 3

1  Morton, H. Sklar, Executive Director
   msklar@humanrightsusa.org
2  World Organization for Human Rights USA
   2029 P Street NW, Suite 301
3  Washington, DC 20036
   Telephone: (202) 296-5702
4  Facsimile: (202) 296-5704
   [Admitted *Pro Hac Vice*]
5
   Roger Myers (CA State Bar No. 146164)
6  roger.myers@hro.com
   HOLME ROBERTS & OWEN LLP
7  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
8  Telephone:    (415) 268-2000
   Facsimile:    (415) 268-1999
9
   Attorneys for Plaintiffs
10 WANG XIAONING, YU LING, SHI TAO

11
12                          **UNITED STATES DISTRICT COURT**
                            **NORTHERN DISTRICT OF CALIFORNIA**
13                                  **OAKLAND DIVISION**

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS, | **Case No. C07-02151 CW** |
| Plaintiffs, | **TORT DAMAGES CLAIM** |
| v. | **DECLARATION OF MORTON SKLAR IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR AN EARLY CASE MANAGEMENT CONFERENCE AND ORDER** |
| YAHOO, INC., a Delaware Corporation, YAHOO! HOLDINGS (HONG KONG), LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM, INC. a Delaware Corporation, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS, | Date: July 2 or 26, 2007 (Proposed) Time: TBD Location: Courtroom 2 |
| Defendants. | Judge: Hon. Claudia Wilken |

I, MORTON SKLAR, declare:

1. I am the Executive Director of the World Organization for Human Rights USA, attorney of record and lead counsel for the Plaintiffs in the above-captioned case, and a former Judge (for nine years) with one of the two international courts operated by the Organization of

Decl. of Morton Sklar ISO Plaintiffs'
Opposition to Defendants' Motion For An                                    Case No. C07-02151 CW
Early Case Management Conference

American States. This declaration is being submitted pursuant to Civil Local Rule 7-3 in support of Plaintiffs' Opposition To Defendants' Motion To For An Early Case Management Conference. Except where otherwise indicated, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. In an opposition filed today titled Plaintiffs' Opposition To Defendants' Motion For An Early Case Management Conference, Plaintiffs are requesting the Court to dismiss Defendant Yahoo!'s Motion For An Early Case Management Conference, and to adhere to the newly revised schedule for ADR and case management activities ordered by the Court on June 19, with the Initial Case Management Conference scheduled for September 18, 2007.

3. As previously indicated in my Declaration accompanying our Opposition to the Defendants' Motion to Shorten Time for an early, July 2 Motions Hearing date on the request for an early case management conference, Defendants' counsel prevailed upon me, as a matter of professional courtesy, to enter into a Joint Stipulation with them to postpone the original case management schedule initially set by the court, based on their vacation and travel plans. This new schedule set a date for the initial case management conference with the Court for September 18. Had I known then that this request for a delay in the case management process was part of a broader strategy by the Defendants seeking to bypass and undercut that process by proposing an alternative approach that is not consistent with the regular case management procedures, I would not have acceded to their request and agreed to the Joint Stipulation, since it is not in the Plaintiffs' interests to delay the litigation process. Moreover, the representations made to me regarding the difficulty of changing Mr. Petrocelli's travel plans were not entirely consistent with the subsequent statements made to me suggesting that minor alterations could be made to accommodate the revised schedule they later proposed, including a July 2 hearing date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Washington, D.C. on this 29th day of June 2007.

*/s/ Morton Sklar*
Morton Sklar