Xiaoning et al v. Yahoo! Inc, et al                                                                                                  Doc. 30

Case 4:07-cv-02151-CW     Document 30     Filed 06/29/2007     Page 1 of 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO, INC., a Delaware Corporation, YAHOO! HOLDINGS (HONG KONG), LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM, INC. a Delaware Corporation, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>Defendants. | **Case No. C07-02151 CW**<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR AN EARLY CASE MANAGEMENT CONFERENCE**<br><br>Date: July 2 or 26, 2007 (Proposed)<br>Time: TBD<br>Location: Courtroom 2<br><br>Judge: Hon. Claudia Wilken |

Having considered Defendants' Motion For An Early Case Management Conference And Order, the papers filed in response thereto, as well as all other arguments and the entire record in this case, it is hereby ORDERED that Defendants' Motion For An Early Case Management Conference and Order is DENIED, without the necessity for scheduling a Motions Hearing on either of the dates proposed by the Defendants. All matters and issues raised by the Defendants in their Motion, and all other matters associated with the case management process shall be addressed according to the schedule set by the Court in its June 19, 2007 Order.

SIGNED on the _____ day of _____, 2007.

By: _____
The Honorable Claudia Wilken
Judge, United States District Court
for the Northern District of California

[PROPOSED] ORDER RE: DEFENDANTS'
MOTION FOR AN EARLY CASE                                              Case No. C07-02151 CW
MANAGEMENT CONFERENCE