Xiaoning et al v. Yahoo! Inc, et al                                                                                          Doc. 31

Case 4:07-cv-02151-CW   Document 31   Filed 06/29/2007   Page 1 of 2

| | |
|---|---|
| 1 | Morton, H. Sklar, Executive Director |
| | msklar@humanrightsusa.org |
| 2 | World Organization for Human Rights USA |
| | 2029 P Street NW, Suite 301 |
| 3 | Washington, DC 20036 |
| | Telephone: (202) 296-5702 |
| 4 | Facsimile: (202) 296-5704 |
| | [Admitted *Pro Hac Vice*] |
| 5 | |
| | Roger Myers (CA State Bar No. 146164) |
| 6 | roger.myers@hro.com |
| | HOLME ROBERTS & OWEN LLP |
| 7 | 560 Mission Street, 25th Floor |
| | San Francisco, CA 94105-2994 |
| 8 | Telephone: (415) 268-2000 |
| | Facsimile: (415) 268-1999 |
| 9 | |
| | [Additional Attorneys Appear on Signature Page] |
| 10 | |
| | Attorneys for Plaintiffs |
| 11 | WANG XIAONING, YU LING, SHI TAO |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS, | Case No. C07-02151 CW |
| | TORT DAMAGES CLAIM |
| Plaintiffs, | |
| v. | CERTIFICATE OF SERVICE |
| YAHOO, INC., a Delaware Corporation, YAHOO! HOLDINGS (HONG KONG), LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM, INC. a Delaware Corporation, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS, | Date: July 2 or 26, 2007 (Proposed)<br>Time: TBD<br>Location: Courtroom 2 |
| Defendants. | |

# CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that service of the foregoing Opposition to Defendants' Motion For An Early Case Management Conference; Declaration of Morton Sklar in Support Thereof and [Proposed] Order Regarding Defendants' Motion for An Early Case Management Conference have been made on the parties listed below through the Court's electronic filing system, via email and by depositing a copy thereof in the United States first class mail, postage prepaid, addressed to:

Daniel M. Petrocelli
Matthew T. Kline
O'Melveny & Myers LLP
1999 Avenue Of The Stars
Los Angeles, California 90067-6035

Joseph Cyr
Lovells LLP
590 Madison Avenue
New York, NY 10022


By: */s/ Morton Sklar*
    Morton Sklar
    Executive Director
    World Organization for Human Rights USA
    2029 P Street NW, Suite 301
    Washington, DC 20036