Xiaoning et al v. Yahoo! Inc, et al                                                                                               Doc. 32

Case 4:07-cv-02151-CW   Document 32   Filed 06/29/2007   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANG XIAONING, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>YAHOO, INC., et al.,<br><br>          Defendants.<br>_____/ | No. C 07-2151 CW<br><br>ORDER DENYING YAHOO'S MOTION TO SHORTEN TIME ON ITS MOTION FOR AN EARLY CASE MANAGEMENT CONFERENCE |

Defendant Yahoo, Inc. requests that its motion for an early case management conference be heard on Monday, July 2, 2007. Plaintiffs oppose the motion. Having considered all of the papers filed by the parties, and good cause not appearing, the Court DENIES Defendant Yahoo's motion to shorten time (Docket No. 9). Plaintiffs' opposition to Defendant Yahoo's motion for an early case management conference is due July 5, 2007; any reply is due July 12, 2007. The matter will be decided on the papers, unless the Court sets it for a hearing.

IT IS SO ORDERED.

Dated: _____6/29/07_____    _____
                                       CLAUDIA WILKEN
                                       United States District Judge