1 | DANIEL PETROCELLI (S.B. #97802)
    dpetrocelli@omm.com
2 | MATTHEW T. KLINE (S.B. #211640)
    mkline@omm.com
3 | O'MELVENY & MYERS LLP
    1999 Avenue Of The Stars
4 | Los Angeles, California 90067-6035
    Telephone: (310) 553-6700
5 | Facsimile: (310) 246-6779
    Attorneys for Defendant YAHOO!, INC. and
6 | Specially Appearing Defendant YAHOO!
    HOLDINGS (HONG KONG), LTD.
7 |
8 |
9 |         UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
                  OAKLAND DIVISION
10 |
11 | WANG XIAONING, YU LING, SHI TAO,    Case No. C07-02151 CW
     and ADDITIONAL PRESENTLY
12 | UNNAMED AND TO BE IDENTIFIED        PROOF OF SERVICE
     INDIVIDUALS,
13 |                Plaintiff,
14 |         v.
15 | YAHOO, INC., a Delaware Corporation,
     YAHOO! HOLDINGS (HONG KONG),
16 | LTD., a Foreign Subsidiary of Yahoo!,
     ALIBABA.COM, INC. a Delaware
17 | Corporation, AND OTHER PRESENTLY
     UNNAMED AND TO BE IDENTIFIED
18 | INDIVIDUAL EMPLOYEES OF SAID
     CORPORATIONS,
19 |                Defendant.
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

C07-02151 CW                           1
PROOF OF SERVICE

I, William R. Stevens, declare:

1. I am a citizen of the United States and a resident of the State of California. I am employed in the City and County of Los Angeles and am over the age of eighteen (18) years and not a party to the within action. My business address is 1999 Avenue of the Stars, Los Angeles, CA 90067.

2. I declare that on July 12, 2007, I served a true and complete copy of the following document(s) entitled:

**REPLY MEMORANDUM IN SUPPORT OF DEFENDANT YAHOO!, INC.'S MOTION FOR AN EARLY CASE MANAGEMENT CONFERENCE AND ORDER**

☐ by transmitting on this date, via facsimile machine the document(s) listed above to the fax number(s) set forth below. The outgoing facsimile machine telephone number in this office is (310) 246-6776. The facsimile machines used in this office create a transmission report for each outgoing facsimile transmitted.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by putting a true and correct copy thereof in a sealed envelope designated by the carrier, with delivery fees paid or provided for, for delivery the next business day to the person(s) listed below, and placing the envelope for collection today by the overnight courier in accordance with the firm's ordinary business practices. I am readily familiar with this firm's practice for collection and processing of overnight courier correspondence. In the ordinary course of business, such correspondence collected from me would be processed on the same day, with fees thereon fully prepaid, and deposited that day in a box or other facility regularly maintained by Federal Express, which is an express carrier.

JOSEPH P. CYR
LOVELLS LLP
590 Madison Ave.
New York, New York 10022
Telephone: (212) 909-0600
Facsimile: (212) 909-0660
Attorneys for Defendant ALIBABA.COM, INC.

C07-02151 CW
PROOF OF SERVICE

2

1

2      3.    I declare under penalty of perjury under the laws of the United States that

3  the foregoing is true and correct.  Executed on July 12, 2007 at Los Angeles, California.

4

5

6

7                                          William R. Stevens

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C07-02151 CW                              3
PROOF OF SERVICE