1  Morton H. Sklar, Executive Director
   msklar@humanrightsusa.org
2  World Organization for Human Rights USA
   2029 P Street NW, Suite 301
3  Washington, DC 20036
   Telephone: (202) 296-5702
4  Facsimile:  (202) 296-5704
   [Admitted *Pro Hac Vice*]
5
   Roger Myers (CA State Bar No. 146164)
6  roger.myers@hro.com
   HOLME ROBERTS & OWEN LLP
7  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
8  Telephone:    (415) 268-2000
   Facsimile:    (415) 268-1999
9
   Attorneys for Plaintiffs
10
   [Additional Attorneys Appear on Signature Page]
11

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO, INC., a Delaware Corporation, YAHOO! HONG KONG LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM, INC. a Delaware Corporation, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED CORPORATE DEFENDANTS AND UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>Defendants. | **Case No. C07-02151 CW**<br><br><br><br>**TORT DAMAGES CLAIM**<br><br><br><br>**DECLARATION OF MORTON SKLAR IN SUPPORT OF MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Claudia Wilken |

I, MORTON SKLAR, declare:

1. I am the Executive Director of the World Organization for Human Rights USA,

   attorney of record and lead counsel for the Plaintiffs in the above-captioned case, and

   a former Judge (for nine years) with one of the two international courts operated by

Decl. of Morton Sklar ISO Plaintiffs' Motion
For Leave To File A Second Amended
Complaint

Case No. C07-02151 CW

the Organization of American States.  This declaration is being submitted pursuant to Civil Local Rule 7-5 in support of Plaintiffs' Motion For Leave To File A Second Amended Complaint.  Except where otherwise indicated, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. In a motion filed today, Plaintiffs are requesting the Court to grant Plaintiffs' Motion For Leave To File A Second Amended Complaint and to allow for entry of such Complaint.

3. Over the past several weeks, there have been a number of telephone discussions and email exchanges among Plaintiffs' and Defendants' Counsel pursuant to initial case management communications. During these discussions, Defendants' Counsel frequently expressed concerns regarding the basis for extending this Court's jurisdiction over the Defendants and have requested more detailed information regarding the factual and legal basis for the Plaintiffs' positions on these jurisdictional matters. The Second Amended Complaint is being filed largely in response to these requests, and as a means for providing additional details regarding the basis for Plaintiffs' jurisdictional claims.  Given the complexity of the Defendants' organizational structure and relationships with respect to one another, and the fact that a truly comprehensive understanding of these structures and relationships requires information largely in the possession of the Defendants and unavailable to Plaintiffs until discovery begins, this Second Amended Complaint attempts, to the best of our understanding, to provide additional factual details concerning the Defendants and their organizational structures and methods of relationship and operation as they relate to the Defendants' expressed jurisdictional concerns.

Decl. of Morton Sklar ISO Plaintiffs' Motion For Leave To File A Second Amended Complaint  - 2 -   Case No. C07-02151 CW

4. This Motion and Second Amended Complaint are being filed on July 13, 2007, as that is the last day, according to our calculations, that an amended complaint can be filed without requiring changes to the Defendants' response date set by the court of July 27, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Washington, D.C. on this 13th day of July 2007.

*/s/ Morton Sklar*
Morton Sklar

Decl. of Morton Sklar ISO Plaintiffs' Motion For Leave To File A Second Amended Complaint            - 3 -            Case No. C07-02151 CW