# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>    Plaintiffs,<br><br>v.<br><br>YAHOO, INC., a Delaware Corporation, YAHOO! HOLDINGS (HONG KONG), LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM, INC. a Delaware Corporation, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED CORPORATE DEFENDANTS AND UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>    Defendants. | **Case No. C07-02151 CW**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Claudia Wilken |

Having considered Plaintiffs' Motion for Leave to File a Second Amended Complaint, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff has leave to file the above referenced complaint.

SIGNED on the _____ day of _____, 2007.

By: _____
The Honorable Claudia Wilken
Judge, United States District Court
for the Northern District of California

[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE A SECOND AMENDED COMPLAINT                    Case No. C07-02151 CW