Xiaoning et al v. Yahoo! Inc, et al                                                                                          Doc. 39

Case 4:07-cv-02151-CW     Document 39     Filed 07/13/2007     Page 1 of 2

Morton H. Sklar, Executive Director
msklar@humanrightsusa.org
World Organization for Human Rights USA
2029 P Street NW, Suite 301
Washington, DC 20036
Telephone: (202) 296-5702
Facsimile:  (202) 296-5704
[Admitted *Pro Hac Vice*]

Roger Myers (CA State Bar No. 146164)
roger.myers@hro.com
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone:     (415) 268-2000
Facsimile:     (415) 268-1999

Attorneys for Plaintiffs

[Additional Attorneys Appear on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS, | **Case No. C07-02151 CW** |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| YAHOO, INC., a Delaware Corporation, YAHOO! HOLDINGS (HONG KONG), LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM, INC. a Delaware Corporation, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED CORPORATE DEFENDANTS AND UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS, | Judge: Hon. Claudia Wilken |
| Defendants. | |

CERTIFICATE OF SERVICE                                                                              Case No. C07-02151 CW

Dockets.Justia.com

1         This is to certify under penalty of perjury that service of the foregoing Plaintiffs' Motion

2    For Leave to File a Second Amended Complaint, Declaration of Morton Sklar in Support

3    Thereof, [Proposed] Order Granting Leave to File a Second Amended Complaint and Second

4    Amended Complaint for Tort Damages have been made on the parties listed below through the

5    Court's electronic filing system, via email and by depositing a copy thereof in the United States

6

7    first class mail, postage prepaid, addressed to:

8    Daniel M. Petrocelli
     Matthew T. Kline
9    O'Melveny & Myers LLP
     1999 Avenue Of The Stars
10   Los Angeles, California 90067-6035

11   Joseph Cyr
     Lovells LLP
12   590 Madison Avenue
     New York, NY 10022
13

14   Signed and Certified to this 13th day of July, 2007.

15

16   By: */s/ Morton Sklar*
         Morton Sklar
17       Executive Director
         World Organization for Human Rights USA
18       2029 P Street NW, Suite 301
         Washington, DC 20036

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE         1         Case No. C07-02151 CW