Morton H. Sklar, Executive Director
msklar@humanrightsusa.org
World Organization for Human Rights USA
2029 P Street NW, Suite 301
Washington, DC  20036
Telephone:   (202) 296-5702
Facsimile:    (202) 296-5704
[Admitted *Pro Hac Vice*]

Roger Myers (CA State Bar No. 146164)
roger.myers@hro.com
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   415-268-2000
Facsimile:    415-268-1999

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br>Plaintiffs,<br><br>v.<br><br>YAHOO! INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM INC., a Delaware Corporation AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED CORPORATE DEFENDANTS AND UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br>Defendants. | **CASE NO. C07-02151 CW**<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

---

Notice of Withdrawal of Plaintiffs' Motion for Leave to File a Second Am. Compl.    Case No. C 07-02151 CW
CC1:767223.1
7/18/07

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

This is to provide notice that, pursuant to Local Civil Rule 7-7, Plaintiffs hereby withdraw their Motion For Leave To File A Second Amended Complaint filed on July 13, 2007, since Defendants have not yet opposed the Motion, the Court has not yet acted on the Motion, and the Defendants now have given their consent to Plaintiffs' filing of the Second Amended Complaint pursuant to the terms of the accompanying Joint Stipulation. In light of these circumstances, Plaintiffs give notice that their Motion for Leave to File A Second Amended Complaint be withdrawn and taken off-calendar.

Respectfully submitted this 19th day of July, 2007,

MORTON SKLAR
THERESA HARRIS
WORLD ORGANIZATION FOR HUMAN
RIGHTS USA

By: */s/ Morton Sklar*
    Morton Sklar


ROGER MYERS
HOLME ROBERTS & OWEN LLP

By: */s/ Roger Myers*
    Roger Myers

   Attorneys for Plaintiffs

Karen Parker
(CA State Bar No. 112486)
Association of Humanitarian Lawyers
154 5th Avenue
San Francisco, CA 94118
Telephone: (415) 668-2752
E-mail: ied@agc.org

*With the assistance of:*
Albert Ho Chun-Yan
Legal Representative for Shi Tao
Hong Kong
Rebecca Babarsky, University of Michigan
   Law School
Shannon Barrows, University of Chicago Law
   School
Paul Bozzello, Harvard Law School
Legal Interns