1   MORTON H. SKLAR (admitted *pro hac vice*)
    msklar@humanrightsusa.org
2   WORLD ORGANIZATION FOR HUMAN RIGHTS USA
    2029 P Street NW, Suite 301
3   Washington, DC  20036
    Telephone:     (202) 296-5702
4   Facsimile:     (202) 296-5704
    [Local Counsel, Roger R. Myers of Holme Roberts &
5   Owen LLP, Listed on the Signature Page]
    Attorneys for Plaintiffs
6
7   DANIEL PETROCELLI (S.B. #97802)
    dpetrocelli@omm.com
8   O'MELVENY & MYERS LLP
    1999 Avenue Of The Stars
9   Los Angeles, California 90067-6035
    Telephone: (310) 553-6700
10  Facsimile: (310) 246-6779
    Attorneys for Defendant YAHOO!, INC.
11
    JOSEPH P. CYR (*pro hac vice* application forthcoming)
12  joe.cyr@lovells.com
    SCOTT REYNOLDS (*pro hac vice* application forthcoming)
13  scott.reynolds@lovells.com
    LOVELLS LLP
14  590 Madison Ave.
    New York, New York 10022
15  Telephone: (212) 909-0600
    Facsimile: (212) 909-0660
16  Attorneys for Defendant ALIBABA.COM, INC.

17
18              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
19                      **OAKLAND DIVISION**

20
21  WANG XIAONING, YU LING, SHI TAO, and
    ADDITIONAL PRESENTLY UNNAMED AND TO
    BE IDENTIFIED INDIVIDUALS,                          **CASE NO. C07-02151 CW**
22                        Plaintiffs,
            v.
23  YAHOO! INC., a Delaware Corporation, YAHOO!      **JOINT DECLARATION OF MORTON SKLAR,**
    HONG KONG, LTD., a Foreign Subsidiary of Yahoo!,  **MATTHEW T. KLINE, AND SCOTT REYNOLDS**
24  ALIBABA.COM INC., a Delaware Corporation AND       **IN SUPPORT OF JOINT STIPULATION RE:**
    OTHER PRESENTLY UNNAMED AND TO BE                  **WITHDRAWAL OF THE PLAINTIFFS'**
25  IDENTIFIED CORPORATE DEFENDANTS AND                **MOTION FOR LEAVE TO FILE SECOND AMENDED**
    UNNAMED AND TO BE IDENTIFIED                       **COMPLAINT, RE: FILING OF SECOND**
26  INDIVIDUAL EMPLOYEES OF SAID                       **AMENDED COMPLAINT, AND RE: EXTENDING**
    CORPORATIONS,                                      **TIME DEADLINES ACCORDINGLY**
27
                        Defendants.
28

Joint Declaration in support of Joint Stipulation                              Case No. C 07-02151 CW
#29504 v1

Dockets.Justia.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

We—Morton Sklar, Executive Director of the World Organization for Human Rights USA, representing the Plaintiffs; Matthew Kline for the law firm of O'Melveny and Myers LLP, representing Defendant Yahoo!, Inc.; and Scott Reynolds of the law firm of Lovells LLP, representing Defendant Alibaba.com, Inc.—hereby declare as follows:

1. On July 13, 2007, plaintiffs filed a Motion for Leave of the Court to File a Second Amended Complaint. In the days following, defendants lodged objections to both the motion and proposed amended complaint. Defendants also voiced concerns about the motion's impact on the schedule in the case.

2. Yesterday morning, the parties had a productive discussion regarding Plaintiffs' pending motion and schedule in the case. In order to save the Court's and parties' resources, and in order to make sure that there is a final amended complaint to which defendants can soon respond, Defendants and Plaintiffs agreed to the Stipulation being filed herewith and agreed to continue to work together to make sure that this case is resolved expeditiously.

3. Rather than repeat the terms of the stipulation, we hereby incorporate them herein by reference, including the description of the relief being sought, the need for this relief, and the impact of this relief on the current schedule.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Washington, D.C. (Morton Sklar), Los Angeles, California (Matthew T. Kline), and New York, New York (Scott Reynolds) on this 19th day of July 2007.

By: /s/ Morton Sklar
Morton Sklar

By: /s/ Matthew Kline
Matthew T. Kline

By: /s/ Scott Reynolds
Scott Reynolds

CC1:767279.1

Joint Declaration in support of Joint Stipulation                    Case No. C07-02151 CW
#29504 v1