Xiaoning et al v. Yahoo! Inc, et al    Doc. 44

Case 4:07-cv-02151-CW   Document 44   Filed 07/19/2007   Page 1 of 2

| | |
|---|---|
| 1 | |
| 2 | DANIEL PETROCELLI (S.B. #97802)<br>dpetrocelli@omm.com |
| 3 | MATTHEW T. KLINE (S.B. #211640)<br>mkline@omm.com |
| 4 | O'MELVENY & MYERS LLP<br>1999 Avenue Of The Stars |
| 5 | Los Angeles, California 90067-6035<br>Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779<br>Attorneys for Defendant YAHOO!, INC. and |
| 7 | Specially Appearing Defendant YAHOO!<br>HOLDINGS (HONG KONG), LTD. |
| 8 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| 11 | WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO! INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM INC., a Delaware Corporation AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED CORPORATE DEFENDANTS AND UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>Defendants. | Case No. C07-02151 CW<br><br>DECLARATION OF MATTHEW T. KLINE PURSUANT TO GENERAL ORDER NO. 45, SECTION X |

C07-02151 CW
SIGNATURE ATTESTATION

## **DECLARATION OF MATTHEW T. KLINE**

I, MATTHEW T. KLINE, declare:

1. I am an associate with law firm of O'Melveny & Myers, LLP, attorney of record for defendant Yahoo!, Inc. ("Yahoo!") and specially appearing defendant Yahoo! Holdings (Hong Kong), Ltd. I submit this signature attestation declaration pursuant to General Order No. 45 § X. Except where indicated otherwise, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. I hereby attest that concurrence in the filing of the following documents has been obtained from each of the signatories listed in the signature blocks of those documents, filed concurrently herewith:

A. JOINT STIPULATION RE: WITHDRAWAL OF THE PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, RE: FILING OF SECOND AMENDED COMPLAINT, AND RE: EXTENDING TIME DEADLINES ACCORDINGLY; PROPOSED ORDER;

B. JOINT DECLARATION OF MORTON SKLAR, MATTHEW T. KLINE, AND SCOTT REYNOLDS IN SUPPORT OF JOINT STIPULATION RE: WITHDRAWAL OF THE PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, RE: FILING OF SECOND AMENDED COMPLAINT, AND RE: EXTENDING TIME DEADLINES ACCORDINGLY.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on this 19th day of July 2007.

_____
Matthew T. Kline

C07-02151 CW
SIGNATURE ATTESTATION