1  MORTON H. SKLAR (admitted *pro hac vice*)
   msklar@humanrightsusa.org
2  WORLD ORGANIZATION FOR HUMAN
   RIGHTS USA
3  2029 P Street NW, Suite 301
4  Washington, DC  20036
   Telephone:   (202) 296-5702
5  Facsimile:    (202) 296-5704
6  [Local Counsel, Roger R. Myers of Holme
   Roberts & Owen LLP, Listed on the Signature
7  Page]
   Attorneys for Plaintiffs
8
9  SCOTT REYNOLDS
   scott.reynolds@lovells.com
10 LOVELLS LLP
   590 Madison Ave.
11 New York, New York 10022
12 Telephone: (212) 909-0600
   Facsimile: (212) 909-0660
13 Attorneys for Defendant ALIBABA.COM, INC.

14

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br>Plaintiffs,<br>v.<br>YAHOO, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM, INC., a Delaware Corporation AND UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br>Defendants. | Case No. C07-02151 CW<br><br>**STIPULATED DISMISSAL AS TO DEFENDANT ALIBABA.COM, INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), and as a result of information just obtained through meet and confer discussions among attorneys for the parties, and consistent with the Joint Stipulation amending the complaint submitted on July 19, 2007, Plaintiffs and Defendant Alibaba.com, Inc. hereby stipulate to the dismissal without prejudice of Defendant Alibaba.com, Inc. from the above-captioned case.

The original Complaint was filed on April 18, 2007, the First Amended Complaint was filed on May 29, 2007 and the Second Amended Complaint was submitted by Joint Stipulation on July 19, 2007. Pursuant to the Joint Stipulation, which the Court has not yet granted, Defendants' response to the Second Amended Complaint will be due 30 days after the Court adopts and issues the stipulated proposed order.

As of this date, no Answer, or Motion to Dismiss, or Motion for Summary Judgment has been served upon Plaintiffs by Defendant Alibaba.com, Inc., or by any of the Defendants. Under Rule 41(a)(1(i), a plaintiff may voluntarily dismiss a Defendant without leave of court "at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs." Fed. R. Civ. P. 41(a)(1)(i).

This dismissal is operative as to Defendant Alibaba.com, Inc. only, and does not affect the remaining portions of the above-captioned case as regards Defendants Yahoo!, Inc., Yahoo! Hong Kong, Ltd. and Other Presently Unnamed and To Be Identified Corporate Defendants and Unnamed and To Be Identified Individuals of Said Corporations.

Plaintiffs and Alibaba.com, Inc. will each bear their own attorneys' fees, costs and expenses in relationship to the proceeding, in connection with the listing and dismissal of Alibaba.com, Inc. as a Defendant.

## ATTESTATION

Concurrence in the filing of this document has been obtained from the other signatories.

Dated: July 25, 2007                         HOLME ROBERTS & OWEN LLP


                                             By:    /s/ Roger Myers

1 | Respectfully submitted this 25th day of July 2007.

                            MORTON H. SKLAR
                            THERESA HARRIS
                            WORLD ORGANIZATION FOR HUMAN
                            RIGHTS USA
                            By: */s/ Morton Sklar*
                                  Morton Sklar
                            Attorney for Plaintiffs

                            ROGER MYERS (S.B.#146164)
                            HOLME ROBERTS & OWEN LLP
                            560 Mission St., 25th Floor
                            San Francisco, CA 94105
                            Telephone: (415) 268-2000
                            Facsimile: (415) 268-1999
                            Local Counsel for Plaintiffs

                            SCOTT REYNOLDS, ESQ.
                            LOVELLS LLP

                            By: _____
                                  Scott Reynolds, Esq.
                            Attorney for Defendant ALIBABA.COM, INC.