UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM, INC. a Delaware Corporation, AND UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>Defendants. | Case No. C07-02151 CW<br><br>[PROPOSED] ORDER GRANTING THE STIPULATED DISMISSAL AS TO DEFENDANT ALIBABA.COM, INC.<br><br>Judge: Hon. Claudia Wilken |

PURSUANT TO THE ABOVE STIPULATION, the Defendant Alibaba.com, Inc. is dismissed without prejudice from this action, with each party bearing its own costs. It is hereby ORDERED.

SIGNED on the _____ day of _____, 2007.

_____

The Honorable Judge Claudia Wilken
Judge, United States District Court
for the Northern District of California