| | |
|---|---|
| 1 | Morton H. Sklar, Executive Director<br>msklar@humanrightsusa.org |
| 2 | World Organization for Human Rights USA<br>2029 P Street NW, Suite 301 |
| 3 | Washington, DC 20036<br>Telephone: (202) 296-5702 |
| 4 | Facsimile:  (202) 296-5704<br>[Admitted *Pro Hac Vice*] |
| 5 | |
| 6 | Roger Myers (CA State Bar No. 146164)<br>roger.myers@hro.com |
| 7 | HOLME ROBERTS & OWEN LLP<br>560 Mission Street, 25th Floor |
| 8 | San Francisco, CA 94105-2994<br>Telephone:     (415) 268-2000 |
|  | Facsimile:      (415) 268-1999 |
| 9 | |
| 10 | Attorneys for Plaintiffs |
| 11 | [Additional Attorneys Appear on Signature Page] |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | | |
|---|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS, | ) | **Case No. C07-02151 CW** |
| Plaintiffs, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| YAHOO, INC., a Delaware Corporation, YAHOO! HOLDINGS (HONG KONG), LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM, INC. a Delaware Corporation, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED CORPORATE DEFENDANTS AND UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS, | ) | Judge: Hon. Claudia Wilken |
| Defendants. | ) | |

CERTIFICATE OF SERVICE                                                                  Case No. C07-02151 CW

This is to certify under penalty of perjury that service of the foregoing Stipulated Dismissal as to Defendant Alibaba.com, Inc. and Proposed Order has been made on the parties listed below through the Court's electronic filing system and by depositing a copy thereof in the United States first class mail, postage prepaid, addressed to:

Daniel M. Petrocelli
Matthew T. Kline
O'Melveny & Myers LLP
1999 Avenue Of The Stars
Los Angeles, California 90067-6035

Joseph Cyr
Lovells LLP
590 Madison Avenue
New York, NY 10022

Signed and Certified to this 13th day of July, 2007.

By: */s/ Morton Sklar*
    Morton Sklar
    Executive Director
    World Organization for Human Rights USA
    2029 P Street NW, Suite 301
    Washington, DC 20036

CERTIFICATE OF SERVICE                1                Case No. C07-02151 CW