1  MORTON H. SKLAR (admitted *pro hac vice*)
    msklar@humanrightsusa.org
2  WORLD ORGANIZATION FOR HUMAN
3  RIGHTS USA
    2029 P Street NW, Suite 301
4  Washington, DC  20036
    Telephone:   (202) 296-5702
5  Facsimile:    (202) 296-5704
6  [Local Counsel, Roger R. Myers of Holme
    Roberts & Owen LLP, Listed on the Signature
7  Page]
    Attorneys for Plaintiffs
8

9  SCOTT REYNOLDS
    scott.reynolds@lovells.com
10 LOVELLS LLP
    590 Madison Ave.
11 New York, New York 10022
12 Telephone: (212) 909-0600
    Facsimile: (212) 909-0660
13 Attorneys for Defendant ALIBABA.COM, INC.

14
                    **UNITED STATES DISTRICT COURT**
15                  **NORTHERN DISTRICT OF CALIFORNIA**
                         **OAKLAND DIVISION**
16

17 WANG XIAONING, YU LING, SHI TAO,
18 and ADDITIONAL PRESENTLY            **Case No. C07-02151 CW**
    UNNAMED AND TO BE IDENTIFIED
19 INDIVIDUALS,
                       Plaintiffs,     ***AMENDED* CERTIFICATE OF SERVICE**
20         v.
21 YAHOO, INC., a Delaware Corporation,
    YAHOO! HONG KONG, LTD., a Foreign
22 Subsidiary of Yahoo!, ALIBABA.COM,
    INC., a Delaware Corporation AND
23 UNNAMED AND TO BE IDENTIFIED
24 INDIVIDUAL EMPLOYEES OF SAID
    CORPORATIONS,
25                     Defendants.

26
27
28

---

Certificate of Service.                                    Case No. C07-02151 CW

1  This is to certify under penalty of perjury that service of the foregoing Stipulated Dismissal as to Defendant Alibaba.com, Inc. and Proposed Order has been made on the parties listed below through the Court's electronic filing system and by depositing a copy thereof in the United States first class mail, postage prepaid, addressed to:

Daniel M. Petrocelli
Matthew T. Kline
O'Melveny & Myers LLP
1999 Avenue Of The Stars
Los Angeles, California 90067-6035

Signed and Certified to this 25th day of July, 2007.

By:     */s/ Morton Sklar*
Morton Sklar
Executive Director
World Organization for Human Rights USA
2029 P Street NW, Suite 301
Washington, DC 20036

Attorney for Plaintiffs

---

Certificate of Service                                                                 Case No. C07-02151 CW