**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM, INC. a Delaware Corporation, AND UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>Defendants. | Case No. C07-02151 CW<br><br>**ORDER GRANTING THE STIPULATED DISMISSAL AS TO DEFENDANT ALIBABA.COM, INC.**<br><br>Judge: Hon. Claudia Wilken |

PURSUANT TO THE ABOVE STIPULATION, the Defendant Alibaba.com, Inc. is dismissed without prejudice from this action, with each party bearing its own costs. It is hereby ORDERED.

SIGNED on the ___26TH___ day of ___July___, 2007.

*/s/ Claudia Wilken*
_____

The Honorable Judge Claudia Wilken
Judge, United States District Court
for the Northern District of California

---

Stipulated Dismissal as to Defendant Alibaba.com, Inc.                                    Case No. C07-02151 CW
#29504 v1