| | |
|---|---|
| 1 | MORTON H. SKLAR (admitted *pro hac vice*) |
| | msklar@humanrightsusa.org |
| 2 | WORLD ORGANIZATION FOR HUMAN RIGHTS USA |
| | 2029 P Street NW, Suite 301 |
| 3 | Washington, DC  20036 |
| | Telephone:     (202) 296-5702 |
| 4 | Facsimile:     (202) 296-5704 |
| | [Local Counsel, Roger R. Myers of Holme Roberts & |
| 5 | Owen LLP, Listed on the Signature Page] |
| | Attorneys for Plaintiffs |
| 6 | |
| 7 | DANIEL M. PETROCELLI (S.B. #97802) |
| | dpetrocelli@omm.com |
| 8 | O'MELVENY & MYERS LLP |
| | 1999 Avenue Of The Stars |
| 9 | Los Angeles, California 90067-6035 |
| | Telephone: (310) 553-6700 |
| 10 | Facsimile: (310) 246-6779 |
| | Attorneys for Defendant YAHOO!, INC. |
| 11 | |
| 12 | JOSEPH P. CYR (*pro hac vice* application forthcoming) |
| | joe.cyr@lovells.com |
| 13 | SCOTT REYNOLDS (*pro hac vice* application forthcoming) |
| | scott.reynolds@lovells.com |
| 14 | LOVELLS LLP |
| | 590 Madison Ave. |
| 15 | New York, New York 10022 |
| | Telephone: (212) 909-0600 |
| 16 | Facsimile: (212) 909-0660 |
| | Attorneys for Defendant ALIBABA.COM, INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>              Plaintiffs,<br><br>      v.<br><br>YAHOO! INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM INC., a Delaware Corporation AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED CORPORATE DEFENDANTS AND UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>              Defendants. | **CASE NO. C07-02151 CW**<br><br>**JOINT STIPULATION RE: WITHDRAWAL OF THE PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, RE: FILING OF SECOND AMENDED COMPLAINT, AND RE: EXTENDING TIME DEADLINES ACCORDINGLY; ORDER**<br><br>**[JOINT DECLARATION OF MORTON SKLAR, MATTHEW KLINE, AND SCOTT REYNOLDS]** |

Joint Stipulated Request                                                                 Case No. C 07-02151 CW
#29504 v1

## RECITALS

**WHEREAS,** the original Complaint in the above-captioned case was filed on April 18, 2007 and a First Amended Complaint was filed on May 29, 2007;

**WHEREAS,** Plaintiffs filed a Motion for Leave to File Second Amended Complaint, along with the text of a Second Amended Complaint, without the consent of the Defendants on July 13, 2007, and this motion has not yet been opposed by Defendants or heard by the Court;

**WHEREAS,** the Court issued an initial Case Schedule Order on April 18, 2007, and a second Case Schedule Order on June 19, 2007 pursuant to a Joint Stipulated Request to Enlarge Time;

**WHEREAS**, Defendant Yahoo!, Inc. submitted a Motion For An Early Case Management Conference And Order, which is fully briefed and currently being considered by the Court;

**WHEREAS,** Plaintiffs and Defendants have been engaged in discussions regarding Plaintiffs' Second Amended Complaint; Plaintiffs' Motion for Leave to File a Second Amended Complaint; how to reach a stipulated agreement on the filing of a Second Amended Complaint; and the effect of the filing of the Second Amended Complaint on both the existing Court-ordered schedule, and Yahoo!, Inc.'s proposal to modify that schedule;

## STIPULATION

**WHEREAS, NOW THEREFORE,** the Parties hereby jointly stipulate and request as follows:

(1) Plaintiffs hereby withdraw their Motion for Leave to File a Second Amended Complaint;

(2) Defendants consent to Plaintiffs' filing the Second Amended Complaint, which has dropped Alibaba.com, Inc. as a Defendant;

(3) Defendants hereby reserve any and all objections that they have to the Second Amended Complaint, including but not limited to their ability to move to dismiss the complaint for failure to state a claim, move to strike it pursuant to the anti-SLAPP statute, move for a more definite statement, or move to dismiss for lack of personal jurisdiction;

    (a) Plaintiffs, for their part, do not by this Stipulation consent to, or accept the validity of, any such Motions;

(4) Defendants' respective Answers or Responsive Motions to the Second Amended Complaint will not be due until 30 days following the date on which this Court adopts and issues the accompanying [Proposed] Order;

(5) Plaintiffs' Opposition to Defendants' Responsive Motions will not be due until 30 days after Defendants file their Responsive Motions;

(6) Defendants' respective Replies to Plaintiffs' Opposition will not be due until 21 days following the filing of Plaintiffs' Opposition.

(7) The additional time deadlines set forth in the Court's June 19, 2007 Scheduling Order will be extended as follows:

    (a) the last day to meet and discuss initial disclosures, early settlement, ADR and discovery matters will be extended from August 17, 2007 to September 7, 2007;

    (b) the last day to file a Rule 26(f) Report, complete initial disclosures or state objections in a Rule 26(f) report, and file a Case Management Statement or other Civil Local Rule 16-9(a) Joint or Separate Case Management Statements will be extended from September 7, 2007 to September 28, 2007;

    (c) the Initial Case Management Conference with the Court will be moved from September 18, 2007 to October 9, 2007 at 2 p.m.;

(8) This Stipulation and revisions to the schedule do not moot Yahoo!, Inc.'s Motion For An Early Case Management Conference And Order, and if the Court grants Yahoo!'s Motion and Yahoo!'s proposed case schedule is adopted, then:

(a) only defendants' "Phase I" briefs would be due 30 days following the date on which this Court adopts and issues the accompanying Order; and

(b) all of the obligations set forth in paragraph 7, above, except the obligation to meet and confer regarding ADR would be suspended until after "Phase II" is resolved;

(c) it should be noted, however, that plaintiffs have filed a written opposition to Yahoo!' Motion For An Early Case Management Conference And Order and they oppose both Yahoo!'s Motion and the proposed case schedule in the subparagraphs 8(b) and 8(c) above;

3

(9)  The parties will continue to meet and confer regarding case management issues and Defendants' objections to Plaintiffs' Second Amended Complaint;

(10)  The Parties reserve their right to seek further enlargements of time as may be required;

(11)  Plaintiffs reserve their right to seek further amendments to the Second Amended Complaint; and

(12)  This Stipulation does not a constitute an appearance or waiver of any defenses including but not limited to those contesting jurisdiction.

Respectfully submitted this 19th day of July, 2007,

      MORTON H. SKLAR
      THERESA HARRIS
      WORLD ORGANIZATION FOR HUMAN
      RIGHTS USA

      By: */s/ Morton Sklar*
         Morton Sklar
      Attorney for Plaintiffs

         Local Counsel for Plaintiffs
         ROGER MYERS (S.B.#146164)
         HOLME ROBERTS & OWEN LLP
         560 Mission St., 25th Floor
         San Francisco, CA 94105
         Telephone: (415) 268-2000

      DANIEL PETROCELLI, ESQ.
      O'MELVENY & MYERS LLP

      By:  */s/ Daniel Petrocelli*
         Daniel M. Petrocelli, Esq.
      Attorney for Defendant YAHOO!, INC.

      JOSEPH P. CYR, ESQ.
      SCOTT REYNOLDS, ESQ.
      LOVELLS LLP

      By:  */s/ Scott Reynolds*
         Scott Reynolds, Esq.
      Attorneys for Defendant ALIBABA.COM, INC.

Joint Stipulated Request                                                                  Case No. C07-02151 CW
#29504 v1

**ORDER**

PURSUANT TO THE ABOVE JOINT STIPULATION and the accompanying Notice Of Withdrawal Of Plaintiffs' Motion For Leave To File A Second Amended Complaint: (a) Plaintiffs' Motion For Leave To File A Second Amended Complaint is withdrawn; (b) Plaintiffs' Second Amended Complaint **shall be filed by Plaintiffs**; and (c) the case management schedule set forth in the parties Joint Stipulation is approved and hereby amended accordingly.  It is hereby ORDERED.

SIGNED on the 26TH day of July, 2007.

*[signature]*

_____
The Honorable Claudia Wilken
Judge, United States District Court
for the Northern District of California

CC1:767278.1
7/19/07