Xiaoning et al v. Yahoo! Inc, et al                                                                                                  Doc. 52

Case 4:07-cv-02151-CW     Document 52     Filed 07/30/2007     Page 1 of 2

| | |
|---|---|
| 1 | Morton H. Sklar, Executive Director |
| 2 | msklar@humanrightsusa.org |
|   | World Organization for Human Rights USA |
| 3 | 2029 P Street NW, Suite 301 |
|   | Washington, DC 20036 |
| 4 | Telephone:   (202) 296-5702 |
| 5 | Facsimile:    (202) 296-5704 |
|   | [Admitted *Pro Hac Vice*] |
| 6 | |
|   | Roger Myers (CA State Bar No. 146164) |
| 7 | roger.myers@hro.com |
|   | HOLME ROBERTS & OWEN LLP |
| 8 | 560 Mission Street, 25th Floor |
| 9 | San Francisco, CA  94105-2994 |
|   | Telephone:   (415) 268-2000 |
| 10 | Facsimile:    (415) 268-1999 |
| 11 | |
|    | Attorneys for Plaintiffs |
| 12 | [Additional Counsel Appear on Signature Page] |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS, | Case No. C07-02151 CW |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| YAHOO! INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo! AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED CORPORATE DEFENDANTS AND UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS, | |
| Defendants. | |

Certificate of Service.                                                                         Case No. C07-02151 CW

This is to certify under penalty of perjury that the foregoing Second Amended Complaint is being filed pursuant to the Joint Stipulation filed July 19, 2007 and to the Court's Order entered July 26, 2007 accepting the Joint Stipulation and ordering the filing of this Second Amended Complaint, and that service of the foregoing filing has been made on the parties listed below through the Court's electronic filing system and by depositing a copy thereof in the United States first class mail, postage prepaid, addressed to:

Daniel M. Petrocelli
Matthew T. Kline
O'MELVENY & MYERS LLP
1999 Avenue Of The Stars
Los Angeles, California 90067-6035

A courtesy copy has also been provided by e-mail to:

Joseph Cyr
Scott Reynolds
LOVELLS LLP
590 Madison Avenue
New York, NY 10022

Signed and Certified to this 30th day of July, 2007, by:

*/s/ Morton Sklar*
Morton Sklar
Executive Director
World Organization for Human Rights USA
2029 P Street NW, Suite 301
Washington, DC 20036