Xiaoning et al v. Yahoo! Inc, et al                                                                          Doc. 55

Case 4:07-cv-02151-CW   Document 55   Filed 08/15/2007   Page 1 of 2

Morton H. Sklar, Executive Director
msklar@humanrightsusa.org
World Organization for Human Rights USA
2029 P Street NW, Suite 301
Washington, DC 20036
Telephone: (202) 296-5702
Facsimile: (202) 296-5704
[Admitted *Pro Hac Vice*]

Roger Myers (CA State Bar No. 146164)
roger.myers@hro.com
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Attorneys for Plaintiffs
[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>Plaintiffs,<br>v.<br><br>YAHOO! INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo! AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED CORPORATE DEFENDANTS AND UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>Defendants. | Case No. C07-02151 CW<br><br>**CERTIFICATE OF SERVICE** |

---

Certificate of Service.                                                Case No. C07-02151 CW

This is to certify under penalty of perjury that service of the foregoing Brief in Support of Plaintiffs' Proposed Statement of Interest Request and Proposed Draft Letter has been made on the parties listed below through the Court's electronic filing system and by depositing a copy thereof in the United States first class mail, postage prepaid, addressed to:

Daniel M. Petrocelli
Matthew T. Kline
O'MELVENY & MYERS LLP
1999 Avenue Of The Stars
Los Angeles, California 90067-6035


Signed and Certified to this 15th day of August, 2007, by:


/s/ Morton Sklar
Morton Sklar
Executive Director
World Organization for Human Rights USA
2029 P Street NW, Suite 301
Washington, DC 20036