Xiaoning et al v. Yahoo! Inc, et al                                                                                          Doc. 59

Case 4:07-cv-02151-CW     Document 59     Filed 08/17/2007     Page 1 of 1

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WANG XIAONING, et al.,

    Plaintiffs,

  v.

YAHOO!, INC., et al.,

    Defendants.
_____/

No. C 07-02151 CW

ORDER OF
REFERENCE TO
MAGISTRATE JUDGE

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Defendants' Motion for Protective Order Governing Confidential Information and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. The hearing set for September 20, 2007, is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 8/17/07

_____
CLAUDIA WILKEN
United States District Judge

cc: Wings; Assigned M/J w/mo.