1  MORTON H. SKLAR (admitted *pro hac vice*)
   msklar@humanrightsusa.org
2  WORLD ORGANIZATION FOR HUMAN
   RIGHTS USA
3  1725 K Street NW, Suite 610
   Washington, DC 20006
4  Telephone: (202) 296-5702
   Facsimile: (202) 296-5704
5  [Local Counsel, Roger R. Myers of Holme Roberts
   & Owen LLP, Listed on the Signature Page]
6  Attorney for Plaintiffs

7  DANIEL PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
8  O'MELVENY & MYERS LLP
   1999 Avenue Of The Stars
9  Los Angeles, California 90067-6035
   Telephone: (310) 553-6700
10 Facsimile: (310) 246-6779
   Attorneys for Defendant YAHOO!, INC. and
11 Specially Appearing Defendant YAHOO!
   HOLDINGS (HONG KONG), LTD.
12

13             UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
14                   OAKLAND DIVISION

15 | WANG XIAONING, YU LING, SHI TAO,              | Case No. C07-02151 CW
   | and ADDITIONAL PRESENTLY
16 | UNNAMED AND TO BE IDENTIFIED                  | **JOINT STIPULATED REQUEST FOR
   | INDIVIDUALS,                                  | ADDITIONAL PAGES ON YAHOO!,
17 |                                               | INC.'S MOTION TO DISMISS AND
   |              Plaintiffs,                      | PLAINTIFFS' OPPOSITION**
18 |
   |     v.
19 | YAHOO, INC., a Delaware Corporation,
   | YAHOO! HONG KONG, LTD., a Foreign
20 | Subsidiary of Yahoo!, AND OTHER
   | PRESENTLY UNNAMED AND TO BE
21 | IDENTIFIED INDIVIDUAL EMPLOYEES
   | OF SAID CORPORATIONS,
22 |
   |              Defendants.
23

24
                           **STIPULATION**
25

26    The parties hereby stipulate and jointly request that:

27    (1) Defendant Yahoo! Inc. be permitted 50 pages of briefing for their memorandum in

28 support of their upcoming motion to dismiss, due August 27, 2006; and

C07-02151 CW
JOINT STIPULATED REQUEST FOR
ADDITIONAL PAGES

1  (2) Plaintiffs Wang Xiaoning, Lu Ying, and Shi Tao be permitted 50 pages of briefing for
2  their opposition in response to Yahoo!'s motion.

4  Dated: August 20, 2007

MORTON H. SKLAR
WORLD ORGANIZATION FOR HUMAN
RIGHTS USA

By:_____ /S/ (with permission)_____
        Morton H. Sklar, Esq.
Attorney for Plaintiffs

Local Counsel for Plaintiffs
ROGER R. MYERS (S.B.# 146164)
roger.myers@hro.com
HOLME ROBERTS & OWEN LLP
560 Mission St., 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Dated: August 20, 2007

DANIEL PETROCELLI, ESQ.
O'MELVENY & MYERS LLP

By:_____
        Daniel Petrocelli, Esq.
Attorney for Defendant YAHOO!, INC. and
Specially Appearing Defendant YAHOO!
HOLDINGS (HONG KONG), LTD.

### ORDER [Proposed]

PURSUANT TO STIPULATION, it is so ORDERED.

SIGNED on the _____ day of _____, 2007.

_____
The Honorable Claudia Wilken
Judge, United States District Court
for the Northern District of California

C07-02151 CW
JOINT STIPULATED REQUEST FOR         - 1 -
ADDITIONAL PAGES