Xiaoning et al v. Yahoo! Inc, et al                                                                                              Doc. 62

Case 4:07-cv-02151-CW     Document 62     Filed 08/20/2007     Page 1 of 2

DANIEL PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
O'MELVENY & MYERS LLP
1999 Avenue Of The Stars
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
Attorneys for Defendant YAHOO!, INC. and
Specially Appearing Defendant YAHOO! HONG
KONG, LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo!, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>Defendants. | Case No. C07-02151 CW<br><br>**DECLARATION OF MATTHEW T. KLINE PURSUANT TO GENERAL ORDER NO. 45, SECTION X** |

C07-02151 CW
SIGNATURE ATTESTATION

## DECLARATION OF MATTHEW T. KLINE

I, MATTHEW T. KLINE, declare:

1. I am an associate with law firm of O'Melveny & Myers, LLP, attorney of record for defendant Yahoo!, Inc. ("Yahoo!") and specially appearing defendant Yahoo! Hong Kong, Ltd. I submit this signature attestation declaration pursuant to General Order No. 45 § X. Except where indicated otherwise, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. I hereby attest that the conformed signature of Morton Sklar appearing in the signature blocks of the documents listed below is Morton Sklar's signature and that Morton Sklar has authorized me to file those documents, and that concurrence in the filing of the documents listed below has been obtained from each of the other signatories listed in the signature blocks of those documents, filed concurrently herewith:

   A. JOINT STIPULATED REQUEST FOR ADDITIONAL PAGES ON YAHOO!, INC.'S MOTION TO DISMISS AND PLAINTIFFS' OPPOSITION.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on this 20th day of August 2007.

_____
Matthew T. Kline

C07-02151 CW
SIGNATURE ATTESTATION