MORTON H. SKLAR (admitted *pro hac vice*)
msklar@humanrightsusa.org
WORLD ORGANIZATION FOR HUMAN
RIGHTS USA
1725 K Street NW, Suite 610
Washington, DC 20006
Telephone: (202) 296-5702
Facsimile: (202) 296-5704
[Local Counsel, Roger R. Myers of Holme Roberts
& Owen LLP, Listed on the Signature Page]
Attorney for Plaintiffs

DANIEL PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue Of The Stars
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
Attorneys for Defendant YAHOO!, INC. and
Specially Appearing Defendant YAHOO!
HOLDINGS (HONG KONG), LTD.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo!, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>Defendants. | Case No. C07-02151 CW<br><br>**ORDER GRANTING AS MODIFIED JOINT STIPULATED REQUEST FOR ADDITIONAL PAGES ON YAHOO!, INC.'S MOTION TO DISMISS AND PLAINTIFFS' OPPOSITION** |

## STIPULATION

The parties hereby stipulate and jointly request that:

(1) Defendant Yahoo! Inc. be permitted 50 pages of briefing for its memorandum in

support of its upcoming motion to dismiss, due August 27, 2006; and

C07-02151 CW
DECLARATION OF MATTHEW T. KLINE               1

(2) Plaintiffs Wang Xiaoning, Lu Ying, and Shi Tao be permitted 50 pages of briefing for their opposition in response to Yahoo!'s motion.

Dated: August 20, 2007

MORTON H. SKLAR
WORLD ORGANIZATION FOR HUMAN RIGHTS USA

By: _____/S/ (with permission)_____
     Morton H. Sklar, Esq.
Attorney for Plaintiffs

Local Counsel for Plaintiffs
ROGER R. MYERS (S.B.# 146164)
roger.myers@hro.com
HOLME ROBERTS & OWEN LLP
560 Mission St., 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Dated: August 20, 2007

DANIEL PETROCELLI, ESQ.
O'MELVENY & MYERS LLP

By: _____
     Daniel Petrocelli, Esq.
Attorney for Defendant YAHOO!, INC. and Specially Appearing Defendant YAHOO! HOLDINGS (HONG KONG), LTD.

## ORDER [

PURSUANT TO STIPULATION, it is ORDERED: 40 pages for motion; 40 pages for opposition.

SIGNED on the 23rd day of August, 2007.

_____
The Honorable Claudia Wilken
Judge, United States District Court
for the Northern District of California