Xiaoning et al v. Yahoo! Inc, et al                                              Doc. 65 Att. 1

Case 4:07-cv-02151-CW   Document 65-2   Filed 08/27/2007   Page 1 of 1

# APPENDIX A

Office of the Privacy Comm'r for Personal Data, Hong Kong, Report Published under § 48(2) of the Personal Data (Privacy) Ordinance (Cap. 486), Report No.: R07-3619 (Mar. 14, 2007)
**Ex. A**

Judgment of the Beijing Municipal First Intermediate People's Court in Case No. 2226 re: Wang Xiaoning, obtained online from Human Rights in China, http://www.hrichina.org/public/contents/press?revision%5fid=27803&item%5fid=27801, *translated by* Network Omni services.
**Ex. B**

Judgment of the Changsha Intermediate People's Court of Human Provice, Case No. 29 re: Shi Tao, obtained online from Reporters Without Borders, http://www.rsf.org/article.php3?id_article=14884, *translated by* Network Omni services.
**Ex. C**

*Doe v. Unocal*, Supp. Br. for the U.S. as Amicus Curiae, Case No. 00-56603 (9th Cir. Aug. 25, 2004)
**Ex. D**

Statement of Interest of the United States, *Doe v. Qi*, Case No. C02 0672 CW (EMC) (filed Jan. 16, 2004)
**Ex. E**

Letter from Hon. John B. Bellinger III to Hon. Peter D. Keisler re: Li Weixum, et al. v. Bo Xilai, No. 1:04CV00649 (DDC) (July 24, 2006)
**Tab F**

Matar v. Dicther, Case No. 05 Civ. 10270 (WHP), Statement of Interest of the U.S. at 22 (S.D.N.Y. Nov. 29, 2006
**Ex. G**

Order Granting Petition for Rehearing *en banc*, in *Sarei v. Rio Tinto*, 487 F. 3d 1193 (9th Cir. 2007).
**Ex. H**