Xiaoning et al v. Yahoo! Inc, et al                                                                    Doc. 65 Att. 5

Case 4:07-cv-02151-CW    Document 65-6    Filed 08/27/2007    Page 1 of 2

## APPENDIX B -  CHINESE AUTHORITIES

**Statutes Promulgated by the National People's Congress**
Zhong hua ren min gong he guo xian fa [Constitution of the People's Republic of China], Articles 1, 28, 35, 51, and 53 (promulgated by the Nat'l People's Cong., Dec. 4, 1982, amended Apr. 12, 1988; Mar. 29, 2993; Mar. 15, 1999; and Mar. 4, 2004), *translated in* The Congressional-Executive Commission on China's "Selected PRC Legal Provisions," online at http://www.cecc.gov/pages/newLaws/constitutionENG.php
**Tab 1**

Zhong hua ren min gong he guo guo jia an quan fa [State Security Law (P.R.C.)], Articles 4 and 18 (promulgated by the Nat'l People's Cong., Feb. 22, 1993, effective same), *translated in* The Congressional-Executive Commission on China's "Selected PRC Legal Provisions," online at http://www.cecc.gov/pages/newLaws/stateSecurityENG.php
**Tab 2**

Zhong hua ren min gong he guo xing fa [Criminal Law (P.R.C.)], Articles 105 and 277 (promulgated by the Nat'l People's Cong., Jul. 1, 1979, revised Oct. 1, 1997, and amended Mar. 14, 1997; Dec. 25, 1997; Aug. 31, 2001; Dec. 28, 2001; Dec. 28, 2002; and Feb. 28, 2005), *translated in* The Congressional-Executive Commission on China's "Selected PRC Legal Provisions," online at http://www.cecc.gov/pages/newLaws/criminalLawENG.php
**Tab 3**

Zhong hua ren min gong he guo xing shi su song fa [Criminal Procedure Law (P.R.C.)], Article 45 (promulgated by the Nat'l People's Cong., Jul. 1, 1979, effective Jan. 1, 1997, amended Mar. 17, 1996), *translated in* The Congressional-Executive Commission on China's "Selected PRC Legal Provisions," online at http://www.cecc.gov/pages/newLaws/criminalProcedureENG.php
**Tab 4**

Zhong hua ren min gong he guo min shi su song fa [Civil Procedure Law 1991 (P.R.C.)], Article 59 (promulgated by the Nat'l People's Cong., Apr. 9, 1991, effective same), *translated and available online through* Chinalawinfo Co., Ltd, an electronic commercial database, http://www.lawinfochina.com/ at http://www.lawinfochina.com/law/display.asp?db=1&id=19&keyword
**Tab 5**

**Statutes Promulgated by the Standing Committee of the National People's Congress**
Zhong hua ren min gong he guo bao shou guo jia mi mi fa [Law on Protecting State Secrets (P.R.C.)], Article 24 (promulgated by the Standing Comm. Nat'l People's Cong., Sep. 5, 1998, effective May 1, 1989), *translated in* The Congressional-Executive Commission on China's "Selected PRC Legal Provisions," online at http://www.cecc.gov/pages/newLaws/protectSecretsENG.php
**Tab 6**

**Regulations Published by the State Council**

Zhong hua ren min gong he guo dian xin tiao li [Regulation on Telecommunications (P.R.C.)], Article 57 (promulgated by the State Council Sep. 25, 2000, effective same), *translated and available online through* Chinalawinfo Co., Ltd, an electronic commercial database, http://www.lawinfochina.com/

**Tab 7**


**Opinions of the Supreme People's Court**

Zui gao ren min fa yuan guan yu shi yong <zong hua ren min gong he guo min shi su song fa> ruo gan went i de yi jian, [Opinions of the Supreme People's Court on Certain Issues Concerning Application of PRC Civil Procedure Law 2002], SUP. PEOPLE'S CT. GAZ., Art. 69, *available online in Chinese through* Chinalawinfo Co., Ltd, an electronic commercial database, http://www.lawinfochina.com/ *translated by* Network Omni services.

**Tab 8**


Zui gao ren min fa yuan guan yu zhi xing <zhong hua ren min gong he guo xing zheng su song fa> ruo gan wen ti de jie shi [People's Supreme Court's Judicial Interpretations on the People's Republic of China Administrative Procedure Law], *available online in Chinese through* Chinalawinfo Co., Ltd, an electronic commercial database, http://www.lawinfochina.com/ *translated by* Network Omni services.

**Tab 9**


**Regulations Published by Administrative Ministries**

Hu lian wang dian zi you jian fu wu guan li ban fa [Measures for the Administration of Internet E-mail Services (P.R.C.)], Article 18 (promulgated by the Ministry of Information Industry Feb. 2, 2006, effective March 30, 2006), *translated and available online through* Chinalawinfo Co., Ltd, an electronic commercial database, http://www.lawinfochina.com/

**Tab 10**


Hu lian wang dian zi gong gao fu wu guan li gui ding [Management Provisions on Electronic Bulletin Services in Internet (P.R.C.)], Articles 9, 13, 14, 15 (promulgated by the Ministry of Information Industry Nov. 6, 2000, effective same), *translated and available online through* Chinalawinfo Co., Ltd, an electronic commercial database, http://www.lawinfochina.com/

**Tab 11**


Gong an ji guan ban li xing zheng fu yi an jian cheng xu gui ding [Provisions on the Procedures for the Handling of Administrative Review Cases by Public Security Bodies], Article 28 (promulgated by the Ministry of Public Security, Nov. 2, 2002, effective Jan. 1, 2003), *translated and available online through* Chinalawinfo Co., Ltd, an electronic commercial database, http://www.lawinfochina.com/, at http://www.lawinfochina.com/law/display.asp?db=1&id=2581&keyword=Public,Security

**Tab 12**