# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>Plaintiff,<br><br>v.<br><br>YAHOO!, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM, INC. a Delaware Corporation, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>Defendant. | Case No. C07-02151 CW<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT YAHOO!, INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Claudia Wilken |

Having considered Defendant Yahoo!, Inc.'s Motion To Dismiss Plaintiffs' Second Amended Complaint, the papers filed in response thereto, all other argument, and the entire record in this case, it is hereby ORDERED that the motion is:

C07-02151 CW
PROPOSED ORDER RE: YAHOO!'S MOT.
TO DISMISS SEC. AM. COMPL.

1  　　　　GRANTED　　_____, and Plaintiffs' Second Amended Complaint is dismissed with
2  prejudice.
3  　　　　DENIED　　_____.
4  SIGNED on the _____ day of _____, 2007.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court
　　　　　　　　　　　　　　　　　　　　　　　for the Northern District of Californi