Xiaoning et al v. Yahoo! Inc, et al                                                                    Doc. 68

Case 4:07-cv-02151-CW     Document 68     Filed 08/27/2007     Page 1 of 2

1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

10

11

12

13

14

15

16

17

18

19

20

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>        Plaintiff,<br><br>    v.<br><br>YAHOO!, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM, INC. a Delaware Corporation, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>        Defendant. | **Case No. C07-02151 CW**<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT YAHOO!, INC.'S ALTERNATIVE MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Judge:  Hon. Claudia Wilken |

21

     Having considered Defendant Yahoo!, Inc.'s Alternative Motion for a More Definite

22

Statement, the papers filed in response thereto, all other argument, and the entire record in this

23

case, it is hereby ORDERED that the motion is:

24

25

26

27

28

C07-02151 CW
[PROPOSED] ORDER RE: ALTERNATIVE
MOTION

1    GRANTED    _____, and Plaintiffs shall file a more definite statement correcting the

2    deficiencies in their complaint within 10 (ten) days.

3    DENIED    _____.

4    SIGNED on the _____ day of _____, 2007.

5

6    _____
     The Honorable Claudia Wilken

7    Judge, United States District Court
     for the Northern District of California

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28