Xiaoning et al v. Yahoo! Inc, et al

Case 4:07-cv-02151-CW    Document 70    Filed 08/27/2007    Page 1 of 2

Doc. 70

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>            Plaintiff,<br><br>v.<br><br>YAHOO!, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM, INC. a Delaware Corporation, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>            Defendant. | Case No. C07-02151 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT YAHOO!, INC.'S SPECIAL MOTION TO STRIKE PLAINTIFFS' STATE LAW CAUSES OF ACTION PURSUANT TO THE CALIFORNIA ANTI-SLAPP STATUTE**<br><br>Judge:  Hon. Claudia Wilken |

    Having considered Defendant Yahoo!, Inc.'s Special Motion to Strike Plaintiffs' State Law Causes of Action pursuant to the California anti-SLAPP Statute, the papers filed in response thereto, all other argument, and the entire record in this case, it is hereby ORDERED that the motion is:

C07-02151 CW
 [PROPOSED] ORDER RE SPECIAL
MOTION TO STRIKE

1      GRANTED   \_\_\_\_\_, and plaintiffs' six causes of action brought under California law—
2 their Fifth through Tenth Claims for Relief—shall be stricken from Plaintiffs' Second Amended
3 Complaint..
4      DENIED   \_\_\_\_\_.
5 SIGNED on the _____ day of _____, 2007.

_____
The Honorable Claudia Wilken
Judge, United States District Court
for the Northern District of Californi