Xiaoning et al v. Yahoo! Inc, et al     Doc. 75

Case 4:07-cv-02151-CW    Document 75    Filed 08/27/2007    Page 1 of 2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>    Plaintiff,<br><br>v.<br><br>YAHOO! INC., a Delaware Corporation, YAHOO! HONG KONG LIMITED, a Foreign Subsidiary of Yahoo! Inc., AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>    Defendant. | Case No. C07-02151 CW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS YAHOO! HONG KONG LIMITED FOR LACK OF PERSONAL JURISDICTION**<br><br>Hon. Claudia Wilken |

Having considered Defendant Yahoo! Hong Kong Limited's Motion to Dismiss for Lack of Personal Jurisdiction ("the Motion"), the papers filed in response thereto, all other argument, and the entire record in this case, it is hereby ORDERED that the Motion is:

C07-02151 CW
[PROPOSED] ORDER RE: MOT. TO
DISMISS FOR LACK OF PERSONAL

1
2        GRANTED _____, Defendant Yahoo! Hong Kong Limited is hereby DISMISSED for
3   lack of personal jurisdiction.
4        DENIED _____.
5
6   SIGNED on the _____ day of _____, 2007.
7
8                                         _____
                                          The Honorable Claudia Wilken
9                                         Judge, United States District Court
                                          for the Northern District of California
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

C07-02151 CW
[PROPOSED] ORDER RE: MOT. TO            - 2 -
DISMISS FOR LACK OF PERSONAL