Xiaoning et al v. Yahoo! Inc, et al     Doc. 77

Case 4:07-cv-02151-CW    Document 77    Filed 08/27/2007    Page 1 of 2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>               Plaintiff,<br><br>   v.<br><br>YAHOO!, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo!, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>               Defendant. | **Case No. C07-02151 CW**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT YAHOO!, INC.'S SPECIAL MOTION TO STRIKE PLAINTIFFS' STATE LAW CAUSES OF ACTION PURSUANT TO THE CALIFORNIA ANTI-SLAPP STATUTE**<br><br>Judge: Hon. Claudia Wilken |

Having considered Defendant Yahoo!, Inc.'s Special Motion to Strike Plaintiffs' State Law Causes of Action pursuant to the California anti-SLAPP Statute, the papers filed in response thereto, all other argument, and the entire record in this case, it is hereby ORDERED that the motion is:

C07-02151 CW
[PROPOSED] ORDER RE: YAHOO!'S ANTI-SLAPP MOTION

1      GRANTED  _____, and plaintiffs' six causes of action brought under California law—
2  their Fifth through Tenth Claims for Relief—shall be stricken from Plaintiffs' Second Amended
3  Complaint..
4      DENIED  _____.
5  SIGNED on the _____ day of _____, 2007.

                                                                      _____
                                                                      The Honorable Claudia Wilken
                                                                      Judge, United States District Court
                                                                      for the Northern District of California