Xiaoning et al v. Yahoo! Inc, et al — Doc. 81

Case 4:07-cv-02151-CW   Document 81   Filed 08/27/2007   Page 1 of 2

| | |
|---|---|
| 1 | Morton H. Sklar, Executive Director |
|  | msklar@humanrightsusa.org |
| 2 | World Organization for Human Rights USA |
|  | 2029 P Street NW, Suite 301 |
| 3 | Washington, DC 20036 |
|  | Telephone: (202) 296-5702 |
| 4 | Facsimile:  (202) 296-5704 |
|  | [Admitted *Pro Hac Vice*] |
| 5 | |
|  | Roger Myers (CA State Bar No. 146164) |
| 6 | roger.myers@hro.com |
|  | HOLME ROBERTS & OWEN LLP |
| 7 | 560 Mission Street, 25th Floor |
|  | San Francisco, CA 94105-2994 |
| 8 | Telephone:     (415) 268-2000 |
|  | Facsimile:     (415) 268-1999 |
| 9 | |
|  | Attorneys for Plaintiffs |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,

    Plaintiffs,

v.

YAHOO, INC., a Delaware Corporation, YAHOO! HONG KONG LTD., a Foreign Subsidiary of Yahoo!, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED CORPORATE DEFENDANTS AND UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,

    Defendants.

Case No. C07-02151 CW/JCS

**CERTIFICATE OF SERVICE**

Magistrate Judge: Hon. Joseph C. Spero

This is to certify under penalty of perjury that service of the foregoing Plaintiffs' Opposition to Defendants' Motion for Protective Order Governing Confidential Information, Declaration of Morton Sklar and [Proposed] Order has been made on the parties listed below through the Court's electronic filing system and by depositing a copy thereof in the United States first class mail, postage prepaid, addressed to:

Daniel M. Petrocelli
Matthew T. Kline
O'Melveny & Myers LLP
1999 Avenue Of The Stars
Los Angeles, California 90067-6035

Signed and Certified to this 27th day of August, 2007.

By: */s/ Morton Sklar*
    Morton Sklar
    Executive Director
    World Organization for Human Rights USA
    2029 P Street NW, Suite 301
    Washington, DC 20036

CERTIFICATE OF SERVICE                    1                    Case No. C07-02151 CW/JCS