Xiaoning et al v. Yahoo! Inc, et al     Doc. 84

Case 4:07-cv-02151-CW    Document 84    Filed 09/07/2007    Page 1 of 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WANG XIAONING, et al.,

              Plaintiff(s),

     v.

YAHOO! INC., et al.,

              Defendant(s).
_____/

CASE NO. C 07-02151 CW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Morton H. Sklar | Plaintiffs | (202) 296-5702 | msklar@humanrightsusa.org |
| Daniel M. Petrocelli | Defendants | (310) 553-6700 | dpetrocelli@omm.com |
| Matthew T. Kline | Defendants | (310) 553-6700 | mkline@omm.com |
| Colleen M. Kennedy | Defendants | (415) 984-8700 | ckennedy@omm.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 9/7/07                                          /s/ Morton H. Sklar
                                                                      Attorney for Plaintiff

Dated: 9/7/07                                          /s/ Daniel M. Petrocelli
                                                                      Attorney for Defendant

Rev 12.05