UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WANG XIAONING, YU LING, SHI TAO and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,

    Plaintiff(s),

v.

YAHOO! INC., YAHOO! HONG KONG, LTD., AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS OF SAID CORPORATIONS,

    Defendant(s).
_____/

Case No. C07-02151 CW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Attorney for Plaintiffs has read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*, and has discussed its contents and the nature available ADR options with our Chinese-speaking Plaintiffs and/or their authorized representatives (see Declaration attached);

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/10/07

                                          *Wang Xiaoning by MS*
[Party] Wang Xiaoning (by Morton Sklar – see declaration)

Dated: 9/10/07

                                          *Yu Ling by MS*
[Party] Yu Ling (by Morton Sklar – see declaration)

Dated: 9/10/07

_Shi Tao by MS_
[Party] Shi Tao (by Morton Sklar – see declaration)

Dated: 9/10/07

_Morton Sklar_
[Counsel] Morton Sklar