Xiaoning et al v. Yahoo! Inc, et al  Doc. 92

Case 4:07-cv-02151-CW   Document 92   Filed 09/14/2007   Page 1 of 2

1
2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| 3   WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY 4   UNNAMED AND TO BE IDENTIFIED INDIVIDUALS, 5                    Plaintiffs, 6        v. 7   YAHOO, INC., a Delaware Corporation, YAHOO! HONG KONG LTD., a Foreign 8   Subsidiary of Yahoo!, AND OTHER PRESENTLY UNNAMED AND TO BE 9   IDENTIFIED CORPORATE DEFENDANTS AND UNNAMED AND TO BE 10  IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS, 11                   Defendants. | Case No. C07-02151 CW    **TORT DAMAGES CLAIM**    **[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO INITIATE INITIAL AND JURISDICTIONAL DISCOVERY**    Judge Claudia Wilken |

12
13
14   Having considered Plaintiffs' Motion to Initiate Initial and Jurisdictional Discovery, the
15   papers filed in response thereto, all other arguments, and the entire record in this case, it is hereby
16   ORDERED that the motion is:
17   GRANTED: _____, with the content of the Plaintiffs' Proposed Discovery Plan to be
18   considered and amended, as necessary, at the consolidated hearing on the motion to dismiss,
19   discovery and case management matters to be held on November 1, 2007.
20   DENIED: _____, with the Plaintiffs' Response to the Defendants' Motions to Dismiss and
21   associated Motions due 14 days after the date of this Order, and the Defendants' reply due 21
22   days thereafter.
23   SIGNED on the _____ day of _____, 2007

24
25                                                    _____
26                                                    The Honorable Claudia Wilken
                                                      Judge, United States District Court
                                                      For the Northern District of California
27
28