Xiaoning et al v. Yahoo! Inc, et al                                                                                               Doc. 93

Case 4:07-cv-02151-CW     Document 93     Filed 09/14/2007     Page 1 of 2

| | |
|---|---|
| 1 | Morton H. Sklar, Executive Director |
| | msklar@humanrightsusa.org |
| 2 | World Organization for Human Rights USA |
| | 2029 P Street NW, Suite 301 |
| 3 | Washington, DC 20036 |
| | Telephone: (202) 296-5702 |
| 4 | Facsimile:  (202) 296-5704 |
| | [Admitted *Pro Hac Vice*] |
| 5 | |
| | Roger Myers (CA State Bar No. 146164) |
| 6 | roger.myers@hro.com |
| | HOLME ROBERTS & OWEN LLP |
| 7 | 560 Mission Street, 25th Floor |
| | San Francisco, CA 94105-2994 |
| 8 | Telephone:    (415) 268-2000 |
| | Facsimile:    (415) 268-1999 |
| 9 | |
| | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS, | **Case No. C07-02151 CW** |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| YAHOO, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo!, ALIBABA.COM, INC. a Delaware Corporation, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED CORPORATE DEFENDANTS AND UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS, | Judge: Hon. Claudia Wilken |
| Defendants. | |

CERTIFICATE OF SERVICE                                                                  Case No. C07-02151 CW

1  This is to certify under penalty of perjury that service of the foregoing Plaintiffs' Motion
2  to Initiate Initial and Jurisdictional Discovery, Declaration of Morton Sklar and [Proposed] Order
3  Initiating Initial and Jurisdictional Discovery has been made on the parties listed below through
4  the Court's electronic filing system and by depositing a copy thereof in the United States first
5  class mail, postage prepaid, addressed to:

Daniel M. Petrocelli
Matthew T. Kline
O'Melveny & Myers LLP
1999 Avenue Of The Stars
Los Angeles, California 90067-6035

Signed and Certified to this 14th day of September, 2007.


By: */s/ Morton Sklar*
     Morton Sklar
     Executive Director
     World Organization for Human Rights USA
     2029 P Street NW, Suite 301
     Washington, DC 20036