Xiaoning et al v. Yahoo! Inc, et al                                                                                          Doc. 94 Att. 1

Case 4:07-cv-02151-CW    Document 94-2    Filed 09/14/2007    Page 1 of 2

| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** |
|   | **OAKLAND DIVISION** |

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>        Plaintiffs,<br><br>   v.<br><br>YAHOO, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo!, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED CORPORATE DEFENDANTS AND UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>        Defendants. | Case No. C07-02151 CW<br><br>**[PROPOSED] ORDER ENLARGING TIME FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS, PENDING A DECISION ON PLAINTIFFS' MOTION FOR INITIAL AND JURISDICTIONAL DISCOVERY TO RESPOND TO THE MOTIONS TO DISMISS**<br><br>Hon. Judge Claudia Wilken |

Having considered the Plaintiffs' motion for an order enlarging time for Plaintiffs to respond to Defendants' Motions to Dismiss and extending accompanying deadlines accordingly, and the declaration of Morton H. Sklar filed in support thereto, it is hereby ORDERED that the motion is GRANTED, with the Plaintiffs' opposition due either (1) 14 days after the conclusion of initial and jurisdictional discovery, or (2) 14 days after a decision denying initial and jurisdictional discovery, with the Defendants' reply due 21 days after Plaintiff's opposition is filed. The consolidated hearing on Plaintiffs' motion for initial and jurisdictional discovery and the Case Management Conference will be held on November 1, 2007, and the order regarding the motions for initial and jurisdictional discovery will schedule the hearing on the motions to dismiss and associated motions accordingly.

*In the Alternative*

Having considered the Plaintiffs' alternative motion for an order enlarging time for Plaintiffs to respond to Defendants' Motions to Dismiss and extending accompanying deadlines

| | |
|---|---|
| [Proposed] Order Enlarging Time for Plaintiffs' Response to Defendants' Motions to Dismiss and Associated Motions | Case No. C07-02151 CW |

accordingly, and the declaration of Morton H. Sklar filed in support thereto, it is hereby ORDERED that the alternative motion is GRANTED, with the Plaintiffs' opposition due on October 17, 2007, the Defendants' response due on November 7, and the consolidated hearing on Defendants' motions to dismiss and associated motions, with the Case Management Conference, to be held on November 29.

Dated: _____
Judge Claudia Wilken
United States District Court
For the Northern District of California