UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>          Plaintiffs,<br><br>     v.<br><br>YAHOO, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo!, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED CORPORATE DEFENDANTS AND UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>          Defendants. | Case No. C07-02151 CW<br><br>ORDER ENLARGING TIME FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS, PENDING A DECISION ON PLAINTIFFS' MOTION FOR INITIAL AND JURISDICTIONAL DISCOVERY TO RESPOND TO THE MOTIONS TO DISMISS ==AS MODIFIED==<br><br>Hon. Judge Claudia Wilken |

Having considered the Plaintiffs' motion for an order enlarging time for Plaintiffs to respond to Defendants' Motions to Dismiss and extending accompanying deadlines accordingly, and the declaration of Morton H. Sklar filed in support thereto, it is hereby ORDERED that the motion is GRANTED, with the Plaintiffs' opposition due either (1) 14 days after the conclusion of initial and jurisdictional discovery, or (2) 14 days after a decision denying initial and jurisdictional discovery, with the Defendants' reply due 21 days after Plaintiff's opposition is filed.  The consolidated hearing on Plaintiffs' motion for initial and jurisdictional discovery and the Case Management Conference will be held on November 1, 2007, ==unless the motion is decided earlier on the papers,== and the order regarding the motions for initial and jurisdictional discovery will schedule the hearing on the motions to dismiss and associated motions accordingly.

Dated:    9/20/07

*[signature: Claudia Wilken]*

_____
Judge Claudia Wilken
United States District Court

[Proposed] Order Enlarging Time for Plaintiffs'
Response to Defendants' Motions to Dismiss
and Associated Motions

Case No. C07-02151 CW

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28