# A116218

IN THE COURT OF APPEAL
OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT
DIVISION FIVE

---

**CALIFORNIA NEWSPAPER PARTNERSHIP
dba MARIN INDEPENDENT JOURNAL,**
*Petitioner and Appellant,*

vs.

**COUNTY OF MARIN,**
*Respondent*

and

**MARIN COUNTY MANAGEMENT EMPLOYEES ASSOCIATION, INC.,**
*Intervenor and Respondent.*

---

APPEAL FROM THE SUPERIOR COURT FOR THE COUNTY OF MARIN
(CASE No. CV-061164)
HON. MICHAEL B. DUFFICY, JUDGE AND HON. M. LYNN DURYEE, JUDGE

---

**STIPULATION TO EXTEND TIME TO FILE REPLY BRIEF OF
CALIFORNIA NEWSPAPER PARTNERSHIP dba MARIN INDEPENDENT
JOURNAL**

| | |
|---|---|
| **Holme Roberts & Owen LLP**<br>Roger Myers (SBN 146164)<br>Katherine Keating (SBN 217908)<br>560 Mission Street, 25th Floor<br>San Francisco, California 94105<br>(415) 268-2000 · Fax (415) 268-1999<br><br>Attorneys For Appellant:<br>**California Newspaper Partnership<br>dba Marin Independent Journal** | **Patrick K. Faulkner, County Counsel**<br>Jack F. Govi, Assistant County Counsel<br>(SBN 88483)<br>3501 Civic Center Drive, Room 303<br>San Rafael, CA 94903<br>(415) 499-6117 · Fax (415) 499-3796<br><br>Attorneys For Respondent:<br>**County of Marin** |
| **Clisham & Sortor**<br>David P. Clisham (SBN 101622)<br>William H. Sortor (SBN 069424)<br>582 Market Street, Suite 603<br>San Francisco, California 94104<br>(415) 291-0855 · Fax (415) 775-4298<br><br>Attorneys For Intervenor and Respondent:<br>**Marin County Management Employees Association, Inc.** | |

# A116218

IN THE COURT OF APPEAL
OF THE STATE OF CALIFORNIA
FIRST APPELLATE DISTRICT
DIVISION FIVE

---

CALIFORNIA NEWSPAPER PARTNERSHIP
dba MARIN INDEPENDENT JOURNAL,
*Petitioner and Appellant,*
vs.
COUNTY OF MARIN,
*Respondent*
and
MARIN COUNTY MANAGEMENT EMPLOYEES ASSOCIATION, INC.,
*Intervenor and Respondent.*

---

## STIPULATION TO EXTEND TIME TO FILE REPLY BRIEF OF CALIFORNIA NEWSPAPER PARTNERSHIP dba MARIN INDEPENDENT JOURNAL

Appellant California Newspaper Partnership dba Marin Independent Journal (the "IJ"), Respondent County of Marin, and Intervenor and Respondent Marin County Management Employees Association, Inc., through their respective counsel, hereby stipulate to an additional 20-day extension of time for the filing of the IJ's Reply Brief. The parties previously stipulated to two 20-day extensions of time extending the time for the filing of the IJ's Reply Brief from August 13 to September 4, 2007, and from September 4, 2007 to September 24, 2007.

This third stipulation is necessary because the parties have been discussing potential resolution of this matter in light of the recent decision in *International Federation of Professional and Technical Engineers v. Superior Court*, 42 Cal. 4th 319 (2007), but have been unable to reach an agreement. Work on the IJ's Reply Brief has been suspended pending these discussions.

Pursuant to this third stipulation, the time for filing the IJ's Reply Brief shall be as

follows:

1. Appellant IJ shall have an additional extension of time of 20 days to file its Reply Brief. Under this stipulation, the Reply Brief, which is currently due on September 24, 2007, will now be due October 15, 2007.

2. This stipulation shall be without prejudice to any party seeking further extensions of time from the court, if necessary.

Pursuant to rule 8.60(f)(1) of the California Rules of Court, counsel for the parties hereby certify that they have delivered copies of this stipulation to their respective clients.

Dated: September 21, 2007

HOLME ROBERTS & OWEN LLP
Roger Myers

By: /s/ Roger Myers
Roger Myers

Attorneys for Appellant
**CALIFORNIA NEWSPAPER PARTNERSHIP dba MARIN INDEPENDENT JOURNAL**

Dated: September 21, 2007

**CLISHAM & SORTOR**
David P. Clisham
William H. Sortor

By: /s/ David P. Clisham
David P. Clisham

Attorneys for Intervenor and Respondent
**MARIN COUNTY MANAGEMENT EMPLOYEES ASSOCIATION**

Dated: September ___, 2007

**COUNTY COUNSEL, COUNTY OF MARIN**
Jack F. Govi, Assistant County Counsel

By: _____
Jack F. Govi

Attorneys for Respondent
**COUNTY OF MARIN**

follows:

1. Appellant IJ shall have an additional extension of time of 20 days to file its Reply Brief. Under this stipulation, the Reply Brief, which is currently due on September 24, 2007, will now be due October 15, 2007.

2. This stipulation shall be without prejudice to any party seeking further extensions of time from the court, if necessary.

Pursuant to rule 8.60(f)(1) of the California Rules of Court, counsel for the parties hereby certify that they have delivered copies of this stipulation to their respective clients.

Dated: September __, 2007

**HOLME ROBERTS & OWEN LLP**
Roger Myers

By: _____
    Roger Myers

Attorneys for Appellant
**CALIFORNIA NEWSPAPER PARTNERSHIP
dba MARIN INDEPENDENT JOURNAL**

Dated: September __, 2007

**CLISHAM & SORTOR**
David P. Clisham
William H. Sortor

By: _____
    David P. Clisham

Attorneys for Intervenor and Respondent
**MARIN COUNTY MANAGEMENT
EMPLOYEES ASSOCIATION**

Dated: September __, 2007

**COUNTY COUNSEL, COUNTY OF MARIN**
Jack F. Govi, Assistant County Counsel

By: _[signature]_ 173012
for Jack F. Govi

Attorneys for Respondent
**COUNTY OF MARIN**

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, California 94105.

On September 21, 2007, I served the foregoing document:

**STIPULATION TO EXTEND TIME TO FILE REPLY BRIEF OF CALIFORNIA NEWSPAPER PARTNERSHIP dba MARIN INDEPENDENT JOURNAL**

on the interested party in this action as follows:

| | |
|---|---|
| David P. Clisham<br>William H. Sortor<br>Clisham & Sortor<br>582 Market Street, Suite 603<br>San Francisco, CA  94104<br>Tel: 415-291-0855<br>Fax: 415-291-0858 | Jack Govi<br>Assistant County Counsel<br>County of Marin<br>3501 Civic Center Drive, Suite 303<br>San Rafael, CA  94903-5222<br>Tel: 415-499-6117<br>Fax: 415-499-3796 |
| **Attorneys for Intervenor Marin County Management Employees Association, Inc. (MCMEA)** | **Attorneys for Petitioner County of Marin** |

☐    BY PERSONAL SERVICE: I caused the above-mentioned document(s) to be personally served to the offices of the addressee.

☐    BY FACSIMILE: I communicated the above-mentioned document(s) via facsimile to the addressee as indicated above. The transmission was reported complete and without error by a transmission report issued by the facsimile transmission machine as defined in California Rule of Court 2003 upon which the said transmission was made immediately following the transmission. A true and correct copy of

the transmittal report bearing the date, time and sending facsimile machine telephone number shall be attached to the original proof of service.

☑ BY ELECTRONIC MAIL (E-MAIL): I caused the above-mentioned document(s) to be served via electronic mail from my electronic notification address to the electronic notification address of the addressee as indicated above. The document was served electronically and the transmission was reported complete without error.

☐ BY FEDERAL EXPRESS: I caused the above-mentioned document(s) to be sent via Federal Express overnight delivery . By placing a true and correct copy of such document(s) enclosed in a sealed envelope or package designated by the express service carrier and deposited in a facility regularly maintained by the express service carrier or delivered to a courier or driver authorized to receive documents on its behalf, with delivery fees paid or provided for, addressed to the address last shown by that person on any document filed in the action as indicated above.

☐ BY MAIL: By placing a true and correct copy of such document(s) enclosed in a sealed envelope addressed to the offices indicated above. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

#26843 v1

        Executed on September 21, 2007, at San Francisco, California.

        I declare under penalty of perjury under the laws of the Sate of California that the above is true and correct.

*Nancy Burnett*
Nancy Burnett

#26843 v1