Xiaoning et al v. Yahoo! Inc, et al    Doc. 102

Case 4:07-cv-02151-CW    Document 102    Filed 09/26/2007    Page 1 of 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WANG XIAONING, YU LING, ,
SHI TAO and ADDITIONAL
PRESENTLY UNNAMED AND
TO BE IDENTIFIED
INDIVIDUALS,
        Plaintiff(s),

v.

YAHOO! INC., YAHOO! HONG KONG,
LTD., AND OTHER PRESENTLY
UNNAMED AND TO BE IDENTIFIED
INDIVIDUALS OF SAID
CORPORATIONS,
        Defendant(s).
_Yu Ling_____/

Case No. C07-02151 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45),*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _11 September 2007_      _yuling_
                                                [Party]

Dated: _____      _____
                                                [Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WANG XIAONING, YU LING, ,
SHI TAO and ADDITIONAL
PRESENTLY UNNAMED AND
TO BE IDENTIFIED
INDIVIDUALS,
        Plaintiff(s),

v.

YAHOO! INC., YAHOO! HONG KONG,
LTD., AND OTHER PRESENTLY
UNNAMED AND TO BE IDENTIFIED
INDIVIDUALS OF SAID
CORPORATIONS,
        Defendant(s).
_Xiaoning Wang_

Case No. C07-02151 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _11 September 2007_

                                      _yuling_
                                      [Party]

Dated: _____
                                      _Xiaoning Wang's trustee_
                                      [Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WANG XIAONING, YU LING, ,
SHI TAO and ADDITIONAL
PRESENTLY UNNAMED AND
TO BE IDENTIFIED
INDIVIDUALS,
        Plaintiff(s),

v.

YAHOO! INC., YAHOO! HONG KONG,
LTD., AND OTHER PRESENTLY
UNNAMED AND TO BE IDENTIFIED
INDIVIDUALS OF SAID
CORPORATIONS,
        Defendant(s).

师 涛

Case No. C07-02151 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 19—9—2007          高琴声
                                             [Party]