Xiaoning et al v. Yahoo! Inc, et al | Doc. 107

Case 4:07-cv-02151-CW   Document 107   Filed 10/22/2007   Page 1 of 4

| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #97802) |
| | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
| | mkline@omm.com |
| 3 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 7th Floor |
| 4 | Los Angeles, CA  90067-6035 |
| | Telephone:     (310) 553-6700 |
| 5 | Facsimile:       (310) 246-6779 |
| | Attorneys for Defendant YAHOO!, INC and Special |
| 6 | Appearing Defendant YAHOO! HONG KONG, LTD. |
| 7 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| 10 | WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS, | Case No.  C07-02151 CW |
| 11 | | MOTION FOR ADMINISTRATIVE RELIEF RE: NEW AUTHORITY CITED IN PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR INITIAL AND JURISDICTIONAL DISCOVERY |
| 12 | Plaintiffs, | |
| 13 | v. | |
| 14 | YAHOO! INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo!, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS, | Judge:  Hon. Claudia Wilken |
| 15 | | Hearing Date: November 1, 2007 |
| 16 | | Time:  2:00 p.m. |
| 17 | | Judge:  Hon. Claudia Wilken |
| 18 | Defendants. | |

Pursuant to Civil Local Rule 7-11, defendant Yahoo!, Inc. ("Yahoo!") seeks leave to file the letter attached as Exhibit A to correct plaintiffs' mischaracterization in their October 18 Reply of a decision dated October 12, the day after Yahoo! filed its Opposition. That decision, *Khulumani v. Barclay Nat. Bank Ltd.*, -- F.3d --, 2007 U.S. App. LEXIS 24370 (2d Cir. Oct. 12, 2007), is heavily—but wrongly—relied on by plaintiffs to support their request for discovery. In fairness, Yahoo! requests a brief opportunity to correct the record, particularly since the Court previously stated that it may decide plaintiffs' Motion for Initial and Jurisdictional Discovery without a hearing. Yahoo!'s proposed letter is brief and confined to indicating that the portion of *Khulumani* relied on by plaintiffs to support their motion actually requires its denial.

C07-02151 CW
MOT. FOR ADMINISTRATIVE RELIEF RE:
NEW AUTHORITY

1

2  Dated: October 22, 2007

3

DANIEL M. PETROCELLI
MATTHEW T. KLINE
O'MELVENY & MYERS LLP

4

5  By: /s/
      Daniel M. Petrocelli
6     Attorneys for Defendant
      YAHOO!, INC and Special Appearing
7     Defendant YAHOO! HONG KONG, LTD.

8  CC1:772864.2

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C07-02151 CW
MOT. FOR ADMINISTRATIVE RELIEF RE:        - 2 -
NEW AUTHORITY



# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1999 Avenue of the Stars, 7th Floor | NEW YORK |
| BRUSSELS | Los Angeles, California 90067-6035 | SAN FRANCISCO |
| HONG KONG | | SHANGHAI |
| | TELEPHONE (310) 553-6700 | |
| LONDON | FACSIMILE (310) 246-6779 | SILICON VALLEY |
| LOS ANGELES | www.omm.com | TOKYO |
| NEWPORT BEACH | | WASHINGTON, D.C. |

October 22, 2007

OUR FILE NUMBER
954120-0057

**VIA ELECTRONIC FILING**

WRITER'S DIRECT DIAL
(310) 246-6850

The Honorable Claudia Wilken
United States District Court
Northern District of California
1301 Clay Street, Suite 400 S
Oakland, CA 94612-5212

WRITER'S E-MAIL ADDRESS
dpetrocelli@omm.com

      Re:    <u>*Wang et. al v. Yahoo! Inc., et al*, Case No. C07-02151 CW: (Plaintiffs' Pending Motion to Initiate Initial and Jurisdictional Discovery (filed Sept. 14, 2007))</u>

Dear Judge Wilken:

      Defendant Yahoo!, Inc. writes to clarify a discussion of a new Second Circuit case, *Khulumani v. Barclay Nat. Bank Ltd.*, -- F.3d --, 2007 U.S. App. LEXIS 24370 (2d Cir. Oct. 12, 2007), that appears in plaintiffs' October 18, 2007 Reply To Defendants' Opposition To Plaintiffs' Motion For Initial And Jurisdictional Discovery, and does so because the Court has indicated it might resolve plaintiffs' motion without a hearing. *See* Court's Order Enlarging Time for Plaintiffs' Opp. to Def. Mot. to Dismiss, Pending a Decision on Plaintiffs' Mot. for Initial and Jurisdictional Discovery to Respond to the Mot. to Dismiss, at 1 (Sept. 20, 2007).

      In arguing for discovery to oppose defendants' motions to dismiss, plaintiffs contend, the "Second Circuit just confirmed only days ago, factual matters associated with whether the private defendant 'acts together with state officials or with significant state aid' [are] sufficient to satisfy 'aiding and abetting' standards. *Khulumani*, (2d Cir., decided Oct. 12, 2007), at 8." Reply at 11-12. *Khulumani* does not stand for that proposition; instead, it supports Yahoo!'s assertion that only the facts actually pleaded in the complaint are relevant to whether a claim is properly pled. At page 8 of *Khulumani*, the Second Circuit upholds the trial court's Rule 12 dismissal of plaintiffs' Torture Victim Protection Act ("TVPA") claim based on plaintiffs' failure to allege facts sufficient to state a TVPA claim: "For purposes of the TVPA, an individual 'acts under color of law . . . when he acts together with state officials or with significant state aid.' *The Digwamaje Plaintiffs, although twice having amended their complaint, failed to link any defendants to state aid or the conduct of state officials.*" *Khulumani*, 2007 U.S. App. LEXIS 24370 at \*8 (emphasis added).

# Exhibit A

O'MELVENY & MYERS LLP
Judge Claudia Wilken - Page 2

      Consequently, relevant case law interpreting the TVPA does not allow a party to excuse an inability to plead sufficient facts by claiming the need for discovery. Plaintiffs here have had two chances to plead, and because they cannot state facts linking Yahoo! to state officials' acts of torture, no discovery is necessary or permitted.

      Very truly yours,

Daniel M. Petrocelli
for O'MELVENY & MYERS LLP
*Counsel for Defendant Yahoo!, Inc. and Specially Appearing Defendant Yahoo! Hong Kong Limited*

cc: Morton Sklar (Counsel for Plaintiffs)

CC1:772906.1