Xiaoning et al v. Yahoo! Inc, et al — Doc. 108

Case 4:07-cv-02151-CW   Document 108   Filed 10/22/2007   Page 1 of 2

DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
O'MELVENY & MYERS LLP
1999 Avenue Of The Stars
Los Angeles, California 90067-6035
Main Number: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Defendant YAHOO!, INC. and
Specially Appearing Defendant YAHOO! HONG
KONG, LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO! INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo!, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>Defendants. | Case No. C07-02151 CW<br><br>**DECLARATION OF MATTHEW T. KLINE IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF RE: NEW AUTHORITY CITED IN PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR INITIAL AND JURISDICTIONAL DISCOVERY**<br><br>Hearing Date: November 1, 2007<br>Time: 2:00 p.m.<br>Judge: Hon. Claudia Wilken<br><br>Location: Courtroom 2 |

I, MATTHEW T. KLINE, declare:

1. I am an attorney in the law firm of O'Melveny & Myers, LLP, attorney of record for defendant Yahoo!, Inc. ("Yahoo!") and specially appearing for defendant Yahoo! Hong Kong, Ltd ("YHKL"). Pursuant to Civil Local Rule 7-11(a), I submit this declaration in support of Defendants' Motion For Administrative Relief Re: New Authority Cited In Plaintiffs' Reply In Support Of Their Motion For Initial And Jurisdictional Discovery. Except where indicated otherwise, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

C07-02151 CW
DECL. OF MATTHEW T. KLINE ISO
YAHOO!'S MOT. FOR ADMIN RELIEF

2.      We have requested leave to file the letter attached as Exhibit A to our Motion For Administrative Relief Re: New Authority Cited In Plaintiffs' Reply In Support Of Their Motion For Initial And Jurisdictional Discovery.

3.      Pursuant to Civil Local Rule 7-11(a), we asked plaintiffs' counsel, Morton Sklar, whether plaintiffs opposed our request for administrative relief. Mr. Sklar responded that they did oppose the request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on this 22nd day of October 2007.

_____
Matthew T. Kline

CC1:772912.1
10/22/07

C07-02151 CW
DECL. OF MATTHEW T. KLINE ISO
YAHOO!'S MOT. FOR ADMIN RELIEF

- 2 -