Xiaoning et al v. Yahoo! Inc, et al | Doc. 109

Case 4:07-cv-02151-CW   Document 109   Filed 10/22/2007   Page 1 of 2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO! INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo!, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>Defendants. | Case No. C07-02151 CW<br><br>[PROPOSED] ORDER RE: MOTION FOR ADMINISTRATIVE RELIEF RE: NEW AUTHORITY CITED IN PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR INITIAL AND JURISDICTIONAL DISCOVERY<br><br>Hearing Date: November 1, 2007<br>Time: 2:00 p.m.<br>Judge: Hon. Claudia Wilken<br><br>Location: Courtroom 2 |

C07-02151 CW
[PROPOSED] ORDER RE: MOT. FOR
ADMINISTRATIVE RELIEF RE: NEW

## ORDER [Proposed]

Having considered Defendant Yahoo! Inc's Motion For Administrative Relief Re: New Authority Cited In Plaintiffs' Reply In Support Of Their Motion For Initial And Jurisdictional Discovery, the papers filed in response thereto, all other argument, and the entire record in this case, it is hereby ORDERED that the motion is:

GRANTED _____.

DENIED _____.

SIGNED on the _____ day of _____, 2007.

_____
The Honorable Claudia Wilken
Judge, United States District Court
for the Northern District of California

CC1:772911.1

C07-02151 CW
[PROPOSED] ORDER RE: MOT. FOR
ADMINISTRATIVE RELIEF RE: NEW

- 2 -