Xiaoning et al v. Yahoo! Inc, et al     Doc. 110

Case 4:07-cv-02151-CW    Document 110    Filed 10/22/2007    Page 1 of 4

Morton, H. Sklar, Executive Director
msklar@humanrightsusa.org
World Organization for Human Rights USA
2029 P Street NW, Suite 301
Washington, DC 20036
Telephone: (202) 296-5702
Facsimile: (202) 296-5704
[Admitted *Pro Hac Vice*]

Roger Myers (CA State Bar No. 146164)
roger.myers@hro.com
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

[Additional Attorneys Appear on Signature Page]

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANSISCO DIVISION**

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>           Plaintiffs,<br>  v.<br><br>YAHOO, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo!, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED CORPORATE DEFENDANTS AND UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br>           Defendants. | **Case No. C07-02151 CW**<br><br>**TORT DAMAGES CLAIM**<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' RULE 7-11 SUPPLEMENTAL SUBMISSION**<br><br>Judge: Hon. Claudia Wilken |

Plaintiffs object to the Defendants' seeking leave to file an administrative letter under Rule 7-11 with the court containing their views on the applicability of the newly issued decision in *Khulumani v. Barclay*, (2d Cir., decided Oct. 12, 2007) to the proceedings currently before the Court relating to jurisdictional discovery.   Plaintiffs note at the outset that the Defendants' pleading and letter were filed with the Court prior to the Plaintiffs being notified of the action or given an opportunity to join (or object to) an accompanying stipulation or declaration, which was not initially submitted with the pleading, along with a proposed Order, as required under Rule 7-11 in any case, but submitted several hours later.  Moreover, Rule 7-11 submissions are not intended to provide parties with additional opportunities to file supplemental submissions to the Court on pending issues that are outside of, and in addition to, the regularly scheduled pleadings. Plaintiffs note in addition that the decision in the *Khulumani* case is a matter of public record and may be interpreted and applied by the Court without the need for additional briefing by the parties.

With regard to the substantive point the Defendants seek to raise in their letter, that the TVPA portion of the complaint in *Khulumani* was dismissed because a connection between the defendant corporations' actions in that case was not sufficiently linked with official state conduct that would establish the presence of state sponsored torture, this allegation has no relevance to the Yahoo! litigation.  The present proceedings are firmly based on clearly enunciated allegations that actions by state officials taken under the color of law, aided and abetted by actions by Yahoo!, produced the arbitrary arrests, long-term detentions, and acts of torture  that provide the basis for the complaint.   The *Khulumani* decision was noted in the Plaintiffs brief as providing support for the principle that a private corporation can be held accountable for major human rights abuses under the "aiding and abetting" principle, and the need for more detailed findings of fact regarding the aiding and abetting and justiciability issues in connection with the pending jurisdictional discovery motion.  It was not cited, as the Defendants are suggesting, in reference to the question of the sufficiency of the allegations in the complaint under the TVPA, which is what the portion of the *Khulumani* decision they refer to addresses.

Both parties will have an opportunity to further address these issues, and the relevance of the *Khulumani* decision to this case, at the scheduled November 1, 2007 hearing before the Court. No further delays or supplemental pleadings are required for these issues to be properly considered.

Plaintiff's Opposition to Rule 7-11 Submission         1                          Case No. C07-02151 CW

Respectfully submitted this 22nd day of October, 2007, by

        MORTON SKLAR
        THERESA HARRIS
        WORLD ORGANIZATION FOR HUMAN RIGHTS USA
        By: */s/ Morton Sklar*
            Morton Sklar

        ROGER MYERS
        HOLME ROBERTS & OWEN LLP
        By: */s/ Roger Myers*
            Roger Myers

Attorneys for Plaintiffs

Karen Parker
(CA State Bar No. 112486)
Association of Humanitarian Lawyers
154 5th Avenue
San Francisco, CA 94118
Telephone: (415) 668-2752
E-mail: ied@agc.org

*With the assistance of:*

Rifk Ebeid, George Mason University School of Law
*Legal Intern*

# CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that service of the foregoing Plaintiffs' Opposition to Defendants' Rule 7-11 Supplemental Submission has been made on the parties listed below through the Court's electronic filing system and by depositing a copy thereof in the United States Postal Service first class mail, postage prepaid, addressed to:

Daniel M. Petrocelli
Matthew T. Kline
Alan Rader
O'Melveny & Meyers LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035

Signed and certified to this 22nd day of October, 2007.


By: */s/ Morton Sklar*
　　Morton Sklar
　　Executive Director
　　World Organization for Human Rights USA
　　2029 P Street NW, Suite 301
　　Washington, DC 20036