1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  SCOTT N. SCHOOLS
   United States Attorney
3  JOSEPH H. HUNT
   Director, Federal Programs Branch
4  VINCENT M. GARVEY
   Deputy Director, Federal Programs Branch
5  ALEXANDER K. HAAS (SBN 220932)
   Trial Attorney
6  Email: alexander.haas@usdoj.gov
   U.S. Department of Justice
7  Civil Division, Federal Programs Branch
   20 Massachusetts Avenue, NW
8  Washington, D.C. 20001
   Phone: (202) 307-3937—Fax: (202) 616-8470
9  *Attorneys for the United States*

10                  **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
11                          **OAKLAND DIVISION**

12  WANG XIAONING, *et al.*,                )   **Case No.: C-07-02151-CW**
                                             )
13              Plaintiffs                   )   **NOTICE BY THE UNITED STATES OF**
                                             )   **AMERICA OF ITS POTENTIAL**
14        v.                                 )   **PARTICIPATION**
                                             )
15  YAHOO!, Inc., *et al.*,                  )   Judge: Hon. Claudia Wilken
                                             )
16              Defendants                   )   Hearing: November 1, 2007; 2pm
                                             )
17  _____  )

18      Plaintiffs, Chinese nationals, have sued Yahoo!, Inc., and Yahoo! Hong Kong, Ltd.,

19  (collectively "Defendants") alleging that Defendants provided information to authorities of the

20  People's Republic of China that linked some of the Plaintiffs to anonymous email messages

21  critical of the Chinese government and supportive of democratic reform in China. As a result,

22  Plaintiffs allege that two of the Plaintiffs were identified, arrested, tried, convicted, and sentenced

23  under Chinese law. Plaintiffs seek to hold Defendants civilly liable under various domestic U.S.

24  laws as well as international law.

25      On August 23, 2007, the Court wrote to the Honorable John B. Bellinger III, the Legal

26  Adviser for the Department of State, and requested that the United States provide its views, if

27  any, regarding this case to the Court by October 26, 2007. That letter noted that Defendants

28  would file a motion to dismiss for lack of jurisdiction, which they did on August 27, 2007

Case No.: C-07-02151-CW—NOTICE BY THE UNITED STATES OF AMERICA OF ITS POTENTIAL
PARTICIPATION                                                                              1

1  (originally noticed for a hearing on November 1, 2007).  As the Court's letter explained,
2  Plaintiffs would have opposed this motion in late September 2007, well before the time in which
3  this Court had requested that the United States submit its views.  Thus, the Court contemplated
4  that the United States would provide its views regarding the case upon a consideration of both
5  the Defendants' and the Plaintiffs' positions.  In light of apparent disputes over discovery
6  matters, however, Plaintiffs have not opposed the pending motion to dismiss within the time then
7  anticipated and, indeed, the Court's electronic calendar shows that the hearing regarding the
8  Defendants' motion to dismiss has been vacated.

9　　　　The United States appreciates the Court's solicitation of the United States' views
10  regarding this case and is actively considering its participation in this litigation as allowed by 28
11  U.S.C. § 517.[1]  Consistent with the schedule outlined in the Court's letter, however, the United
12  States believes that it would be of most help to both the Court and the parties to submit its views
13  after Plaintiffs submit their response to the pending motion to dismiss.  Accordingly, the United
14  States anticipates that it would file any Statement of Interest within thirty days of Plaintiffs'
15  opposition to the motion to dismiss; a date to be determined in any modified briefing schedule on
16  that motion.

17  DATED:  October 26, 2007                    Respectfully Submitted,

18                                                                    JEFFREY S. BUCHOLTZ
                                                                          Acting Assistant Attorney General
19
                                                                          SCOTT N. SCHOOLS
20                                                                    United States Attorney

21                                                                    JOSEPH H. HUNT
                                                                          Director, Federal Programs Branch
22
                                                                          VINCENT M. GARVEY
23                                                                    Deputy Director, Federal Programs Branch

24                                                                          /s/ Alexander K. Haas
                                                                          ALEXANDER K. HAAS (SBN 220932)
25

---

[1]  That statute authorizes the Attorney General of the United States to send any officer of the Department of Justice to "attend to the interests of the United States in a suit pending in a court of the United States, or in the courts of a State, or to attend to any other interest of the United States."

Case No.:  C-07-02151-CW—NOTICE BY THE UNITED STATES OF AMERICA OF ITS POTENTIAL
PARTICIPATION                                                                                                                                              2

| | |
|---|---|
| 1 | Trial Attorney |
| 2 | U.S. Department of Justice<br>Civil Division, Federal Programs Branch |
| 3 | 20 Massachusetts Avenue, NW<br>Washington, D.C. 20530 |
| 4 | Phone:   (202) 307-3937—Fax: (202) 616-8470<br>Email: alexander.haas@usdoj.gov |

Case No.:  C-07-02151-CW—NOTICE BY THE UNITED STATES OF AMERICA OF ITS POTENTIAL PARTICIPATION       3