Xiaoning et al v. Yahoo! Inc, et al                                                                Doc. 112

Case 4:07-cv-02151-CW    Document 112    Filed 10/30/2007    Page 1 of 1

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WANG XIAONING,<br><br>          Plaintiff,<br><br>     v.<br><br>YAHOO!INC,<br><br>          Defendant.<br>_____/ | No. C 07-02151 CW<br><br>CLERK'S NOTICE<br>TAKING MOTION UNDER<br>SUBMISSION |

      Notice is hereby given that the Court, on its own motion,
shall take Plaintiffs' Motion to Initiate Initial and
Jurisdictional Discovery under submission on the papers.  The
hearing and the case management conference previously scheduled for
November 1, 2007, are vacated.

Dated: 10/30/07

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk