MORTON H. SKLAR (admitted *pro hac vice*)
msklar@humanrightsusa.org
WORLD ORGANIZATION FOR HUMAN
RIGHTS USA
1725 K Street NW, Suite 610
Washington, DC 20006
Telephone: (202) 296-5702
Facsimile: (202) 296-5704
[Local Counsel, Roger R. Myers of Holme Roberts
& Owen LLP, Listed on the Signature Page]
Attorney for Plaintiffs

DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue Of The Stars
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
Attorneys for Defendant YAHOO!, INC. and
Specially Appearing Defendant YAHOO! HONG
KONG, LTD.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| WANG XIAONING, YU LING, SHI TAO, and ADDITIONAL PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUALS,<br><br>Plaintiff,<br><br>v.<br><br>YAHOO!, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of Yahoo!, AND OTHER PRESENTLY UNNAMED AND TO BE IDENTIFIED INDIVIDUAL EMPLOYEES OF SAID CORPORATIONS,<br><br>Defendant. | Case No. C07-02151 CW/JCS<br><br><br>**JOINT STIPULATION OF DISMISSAL** |

C07-02151 CW/JCS
JOINT STIPULATION OF DISMISSAL

Plaintiffs Wang Xiaoning, Shi Tao and Yu Ling ("Plaintiffs"), Defendant Yahoo!, Inc. and specially appearing Defendant Yahoo! Hong Kong, Ltd. ("YHKL," collectively "Defendants") respectfully submit this Joint Stipulation of Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiffs and Defendants hereby jointly stipulate to dismissal with prejudice of all claims made in this action, based on a private settlement understanding among the parties.

Defendants agree to bear their own legal costs and fees in this matter, and in addition agree to pay Plaintiffs' costs and legal fees in this action in an amount to be agreed upon. Defendants recognize and agree that no requests for fees on any basis will be made under the California Civil Code of Procedure §425.16.

Dated: November 9, 2007

MORTON H. SKLAR
WORLD ORGANIZATION FOR HUMAN RIGHTS USA

By: ___/s/___
Morton H. Sklar
Attorney for Plaintiffs

Local Counsel for Plaintiffs

By: ___/s/___
ROGER R. MYERS (S.B.# 146164)
roger.myers@hro.com
HOLME ROBERTS & OWEN LLP
560 Mission St., 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

By: ___/s/___
Karen Parker
(CA State Bar No. 112486)
Association of Humanitarian Lawyers
154 5th Avenue
San Francisco, CA 94118
Telephone: (415) 668-2752
E-mail: ied@agc.org

-2-

| | | |
|---|---|---|
| 1 | Dated: November 9, 2007 | DANIEL M. PETROCELLI<br>O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By: _____<br>    Daniel M. Petrocelli |
| 4 | | Attorney for Defendant YAHOO!, INC. and<br>Specially Appearing Defendant YAHOO! |
| 5 | | HONG KONG, LTD. |